# EXHIBIT 3
# (State Court Docket)

## SECOND JUDICIAL DISTRICT - OGDEN DISTRICT COURT
## WEBER, STATE OF UTAH
## MULLIGAN, MOLLY J, et al. vs. ALUM ROCK RIVERSIDE LLC, et al.

**CASE NUMBER** 240908957 - Property Rights

CURRENT ASSIGNED JUDGE: NOEL S HYDE

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Defendant | ALUM ROCK RIVERSIDE LLC | BENJAMIN JOHNSON<br>KYLE HOOKER |
| Defendant | BRETT H DEL VALLE AS CO-TRUSTE | |
| Defendant | TRACI M DEL VALLE AS CO-TRUSTE | |
| Plaintiff | MOLLY J MULLIGAN | BRADLEY TILT<br>FELICIA CANFIELD |
| Plaintiff | JOHN P MULLIGAN | BRADLEY TILT<br>FELICIA CANFIELD |

**Events**

| Date | Event |
|---|---|
| December 20, 2024 | Case filed by efiler |
| December 20, 2024 | Fee Account created |
| December 20, 2024 | Fee Account created |
| December 20, 2024 | Fee Payment |
| December 20, 2024 | Filed: Complaint |
| December 20, 2024 | Filed: Return of Electronic Notification |
| December 20, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| December 20, 2024 | Filed: Lis Pendens |
| December 20, 2024 | Filed: Return of Electronic Notification |
| December 23, 2024 | Filed: Motion EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and MEMORANDUM IN SUPPORT |
| December 23, 2024 | Filed: Affidavit/Declaration OF FELICIA B. CANFIELD IN SUPPORT OF EX-PARTE MOTION PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 23, 2024 | Filed: Ex Parte Order (Proposed) GRANTING EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 23, 2024 | Filed: CERTIFICATE OF SERVICE OF TRO MOTION |
| December 23, 2024 | Filed: Return of Electronic Notification |
| December 26, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance for Defendant Alum Rock Riverside, LLC |
| December 26, 2024 | Filed: Return of Electronic Notification |
| December 26, 2024 | Filed: Other - Not Signed Ex Parte Order (Proposed) GRANTING EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 26, 2024 | Filed: Return of Electronic Notification |
| December 26, 2024 | Filed: Request/Notice to Submit EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 26, 2024 | Filed: Ex Parte Order (Proposed) ORDER GRANTING EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 26, 2024 | Filed: Return of Electronic Notification |
| December 26, 2024 | Filed: Objection to Ex Parte Order and Request to Submit |

| | |
|---|---|
| December 26, 2024 | Filed: Ex Parte Order (Proposed) ORDER GRANTING EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 26, 2024 | Filed: Return of Electronic Notification |
| December 26, 2024 | Filed: REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 26, 2024 | Filed: Request/Notice to Submit The REQUEST FOR JUDICIAL NOTICE and EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 26, 2024 | Filed: Return of Electronic Notification |
| December 27, 2024 | Filed: Other - Not Signed Ex Parte Order (Proposed) ORDER GRANTING EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| December 27, 2024 | Filed: Return of Electronic Notification |
| January 03, 2025 | ORDER OF RECUSAL & REASSIGNMENT |
| January 03, 2025 | Filed: ORDER OF RECUSAL & REASSIGNMENT |
| January 04, 2025 | Filed: Return of Electronic Notification |
| January 06, 2025 | Filed: Request for Hearing Request for Scheduling Conference and Expedited Disposition |
| January 06, 2025 | Filed: Return of Electronic Notification |
| January 10, 2025 | Filed: Temporary Restraining Order ORDER GRANTING EX-PARTE MOTION OF PLAINTIFFS FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| January 10, 2025 | Filed: Return of Electronic Notification |
| January 10, 2025 | NOTICE for Case 240908957 ID 25125613 |
| January 10, 2025 | IN PERSON PRELIMINARY INJUN. 01/17/2025 |
| January 10, 2025 | Filed: Notice for Case 240908957 PR Judge: NOEL S HYDE |
| January 10, 2025 | NOTICE for Case 240908957 ID 25126367 |
| January 10, 2025 | TELEPHONE SCHEDULING CONF. on 01/10/2025 |
| January 10, 2025 | Filed: Notice for Case 240908957 PR Judge: NOEL S HYDE |
| January 10, 2025 | NOTICE for Case 240908957 ID 25127794 |
| January 10, 2025 | IN PERSON PRELIMINARY INJUN. 01/14/2025 |
| January 10, 2025 | Filed: Notice for Case 240908957 PR Judge NOEL S HYDE |
| January 10, 2025 | SCHEDULING CONFERENCE |
| January 10, 2025 | Filed: Opposition to Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction |
| January 10, 2025 | Filed: Exhibits 1-4 to Opposition |
| January 10, 2025 | Filed: Exhibits 5-9 to Opposition |
| January 10, 2025 | Filed: Return of Electronic Notification |
| January 11, 2025 | Filed: Return of Electronic Notification |
| January 14, 2025 | PRELIMINARY INJUNCTION |
| January 16, 2025 | Filed: EXHIBIT LIST - IN PERSON PRELIMINARY INJUN. |
| January 17, 2025 | Filed: Return of Electronic Notification |
| January 22, 2025 | Filed: Objection to Proposed Order and Preliminary Injunction |
| January 22, 2025 | Filed: Return of Electronic Notification |
| January 22, 2025 | Fee Payment |
| January 22, 2025 | Fee Account created |
| January 22, 2025 | Filed: Request for Audio Recording |
| January 22, 2025 | Filed: Return of Electronic Notification |
| January 23, 2025 | Filed: Response to Alum Rock s Objection to Order and Preliminary Injunction |
| January 23, 2025 | Filed: Request/Notice to Submit Order and Preliminary Injunction, Objection, and Response |
| January 23, 2025 | Filed: Order (Proposed) Preliminary Injunction |

| January 23, 2025 | Filed: Return of Electronic Notification |
|---|---|
| January 23, 2025 | Filed: Request/Notice to Submit (Order and Preliminary Injunction) |
| January 23, 2025 | Filed: Return of Electronic Notification |

## Account Summary

| Account | Details | | | |
|---|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S | Amount Due: | $ | 375.00 | |
| | Amount Paid: | $ | 375.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL | Amount Due: | $ | 250.00 | |
| | Amount Paid: | $ | 250.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM | Amount Due: | $ | 15.00 | |
| | Amount Paid: | $ | 15.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: FLOPPY DISK COPY | Amount Due: | $ | 15.00 | |
| | Amount Paid: | $ | 15.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |