# EXHIBIT 1
## (Service Email)



**From:** S.H. Hwang <saratogahwang@gmail.com>
**Sent:** Thursday, January 23, 2025 10:29 AM
**To:** Ben Johnson <Ben.Johnson@btjd.com>
**Cc:** Ken Van Vleck <kvanvleck@gcalaw.com>
**Subject:** Re: Summon by Attorney for Mulli=gans

HI, Ben,
Yes, received at 6;33 pm, Jan.21.

Thanks,

Sam

On Thu, Jan 23, 2025 at 9:20 AM Ben Johnson <Ben.Johnson@btjd.com> wrote:

> Hi Sam, did you receive these documents on Tuesday the 21st?
>
> Thanks,
>
> Ben

**From:** S.H. Hwang <saratogahwang@gmail.com>
**Sent:** Tuesday, January 21, 2025 8:19 PM
**To:** Ben Johnson <Ben.Johnson@btjd.com>; Ken Van Vleck <kvanvleck@gcalaw.com>
**Subject:** Summon by Attorney for Mulli=gans

Dear Ben & Ken,
Received (hand delivered) one and half inch thick document from
Bradley Tilt, Attorney for Mulligans.

Please advise if you received the same document or if I need to send this to you.
Attached the first 4 pages of the document.

Sincerely,

Sam Hwang
Alum Rock Riverside LLC