Bradley L. Tilt (Utah Bar No. 07649)
FREEMAN LOVELL, PLLC
4568 S Highland Drive, Suite 290
Salt Lake City, Utah 84117
office: 385-355-4826
bradley.tilt@freemanlovell.com
*Attorneys for Plaintiffs*

Felicia B. Canfield (Utah Bar No. 09686)
CANFIELD LAW LLC
2413 Newton Avenue
Cody, WY 82414
Office: (307) 228-5986
canfieldlawllc@gmail.com
*Attorneys for Plaintiffs*

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| MOLLY J. MULLIGAN; and JOHN P. MULLIGAN,<br><br>Plaintiffs<br><br>v.<br><br>ALUM ROCK RIVERSIDE, LLC, a California limited liability company; Brett H. Del Valle and Traci M. Del Valle as Co-Trustees of the Del Valle Family Trust dated October 30, 2002<br><br>Defendants. | **STIPULATED MOTION FOR SCHEDULING ORDER AND MEMORANDUM IN SUPPORT**<br><br>Case No. 1:25-cv-00008-DA<br><br>District Judge: Dale A. Kimball |

Pursuant to Fed. R. Civ. P 26(f), the Local Rules of Practice, and the *Order to Propose Schedule* entered in this action on January 27, 2025, on February 18, 2025 counsel for Plaintiffs Molly J. Mulligan and John P. Mulligan ("**Plaintiffs**") and Defendant Alum Rock Riverside,

1

LLC ("**Alum Rock**") conducted a Fed. R. Civ. P. 26(f) planning conference and developed a proposed discovery plan.

Pursuant to the *Order to Propose Schedule* and the 26(f) Planning Conference, the parties hereby jointly move the Court for entry of the stipulated Proposed Scheduling Order attached as Exhibit 1 to this Motion. Also attached as Exhibit 2 to this Motion is the parties' jointly signed *Attorney Planning Meeting Report*.

The parties respectfully request to Court to enter the stipulated Proposed Scheduling Order, which is also being emailed as an editable Word document for entry by the Court.

    /s/ *Bradley L. Tilt*                                  Date: 02/19/25
Bradley L. Tilt, Counsel for Plaintiffs
Molly J. Mulligan and John P. Mulligan
    *signed electronically with permission*

    /s/ *Felicia B. Canfield*                             Date: 02/19/25
Felicia B. Canfield, Co-Counsel for Plaintiffs
Molly J. Mulligan and John P. Mulligan

    /s/ *Benjamin Johnson*                               Date: 02/20/25
Benjamin Johnson, Counsel for Defendant
Alum Rock Riverside, LLC
    *signed electronically with permission*