# EXHIBIT 3
# (Notice of Judgment)

The Order of the Court is stated below:
Dated: October 23, 2020    At the direction of:
03:13:01 PM    /s/ ADAM T. MOW
       District Court Judge
       by
       /s/ SCOTT KRIM
       District Court Clerk

Benjamin D. Johnson (10275)
Bennett Tueller Johnson & Deere
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121-5027
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: ben.johnson@btjd.com
*Attorneys for Plaintiff*


*W3101770*

E# **3101770** PG 1 OF 11
Leann H. Kilts, WEBER COUNTY RECORDER
16-Nov-20 0355 PM    FEE $40.00 DEP KL
REC FOR: BENNETT TUELLER JOHNSON AND DEERE
ELECTRONICALLY RECORDED

### IN THE THIRD JUDICIAL DISTRICT COURT, SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| ALUM ROCK RIVERSIDE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PRP INVESTORS MADISON, LLC, a California limited liability company, and BRETT DEL VALLE, an individual, and DOES 1 through 50 inclusive,<br><br>    Defendants. | **NOTICE OF JUDGMENT**<br><br><br><br>Case No. 206927043<br><br>Judge Adam Mow |

PLEASE TAKE NOTICE that the judgment filed from the Superior Court of California, County of Riverside, State of California, has been filed in the 3RD JUDICIAL DISTRICT COURT OF UTAH under the provisions of the UTAH FOREIGN JUDGMENT ACT (UCA 78B-5-301). Under this act, THIS JUDGMENT HAS THE SAME LEGAL FORCE AND EFFECT AS A JUDGMENT RENDERED BY THE UTAH STATE COURT.

A hearing to contest the validity of the registered determination shall be requested within 20 days after service of notice.

1

Failure to contest the registration will result in confirmation of the foreign order.

Executed on this 13th day of October, 2020.

Bennett Tueller Johnson & Deere

/s/ Benjamin D. Johnson
Benjamin D. Johnson
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE BY MAILING

STATE OF UTAH         :
                     ss.
COUNTY OF SALT LAKE   :

_____, being first duly sworn, upon oath states that he/she has mailed a copy of the notice of judgment to the judgment debtor:

    Brett Del Valle
    1803 E. Bay Avenue
    Newport Beach, CA 92661

    PRP Investors Madison, LLC
    c/o Brett Del Valle, Reg. Agent
    417 29th Street
    Newport Beach, CA 92663

    BDV, Inc.
    c/o Brett Del Valle, Reg. Agent
    417 29th Street
    Newport Beach, CA 92663

    BDV, LLC

        c/o Brett Del Valle, Reg. Agent
        417 29th Street
        Newport Beach, CA 92663

Dated this _____ day of _____, 2020.

                                                      _____
                                                      Deputy Clerk

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 206927043 by the method and on the date specified.

MAIL: PRP INVESTORS MADISON LLC 417 29TH STREET NEWPORT BEACH, CA 92663

MAIL: BRETT DEL VALLE 1803 E. BAY AVENUE NEWPORT BEACH, CA 92661

EMAIL: BENJAMIN JOHNSON BEN.JOHNSON@BTJD.COM

Date: 10/28/2020

/s/ SCOTT KRIM

Signature

E# 3101770 PG 5 OF 11

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 19 2020

Lucero Zuniga

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

PALM SPRINGS COURTHOUSE

| | |
|---|---|
| ALUM ROCK RIVERSIDE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PRP INVESTORS MADISON, LLC, a California Limited Liability Company, and BRETT DEL VALLE, an individual and DOES 1 through 50 inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-COMPLAINTS | CASE NO. RIC 1601942<br><br>[PROPOSED] FINAL JUDGMENT AFTER COURT TRIAL<br><br>Trial: November 18, 2019 [POST]<br>Dept: PS1<br>Judge: Hon. Kira L. Klatchko |

This matter came on for Trial on November 18, 2019 before this Court and assigned to Department PS1 of the Riverside County Superior Court, the Honorable Kira L. Klatchko presiding. Trial proceeded each day through December 11, 2019. Each case was submitted, with closing arguments on December 11, 2019 and December 18, 2019

[PROPOSED] JUDGMENT AFTER COURT TRIAL - CASE NO.: 1601942

1 | Kenneth R. Van Vleck, Esq. of GCA Law Partners LLP appeared for plaintiff Alum Rock
2 | Riverside, LLC ("Alum Rock"). Donald J. Hamman, Esq. and Eve A. Brackmann, Esq. of Stuart
3 | Kane LLP appeared for defendants Brett Del Valle, PRP Investors Madison, LLC, BDV, Inc., and
4 | BDV, LLC.
5 | After close of evidence, BDV, Inc., and BDV, LLC dismissed their cross-complaint and
6 | Brett Del Valle and PRP Investors Madison, LLC dismissed their cross-complaint.
7 | The Court reviewed and considered the testimony, evidence, demeanor, and credibility of
8 | witnesses and arguments presented to the Court. On January 2, 2020, the Court filed its Tentative
9 | Decision and Minute Order, which were served that day by the Clerk of the Court. Defendants
10 | timely requested a statement of decision under Cal. Code of Civil Procedure § 632. On February
11 | 11, 2020, the Court filed its Proposed Statement Of Decision. On February 26, 2020, Plaintiff
12 | served the Proposed Statement of Decision by mail. No party objected. The Proposed Statement
13 | of Decision became the Statement of Decision by operation of law.
14 | The Court hereby renders its FINAL JUDGMENT:
15 | On the First Cause of Action for Breach of the 2012 Settlement Agreement: JUDGMENT
16 | IS HEREBY ENTERED for plaintiff Alum Rock, LLC against PRP Investors Madison, LLC and
17 | its alter ego Brett Del Valle for $2,834,276.95.
18 | On the Fourth Cause of Action for Breach of the 2009 Indemnity Agreement:
19 | JUDGMENT IS HEREBY ENTERED for plaintiff Alum Rock, LLC against PRP Investors
20 | Madison, LLC; BDV, Inc.; BDV, LLC; and Brett Del Valle for $1,504,687.50.
21 | The Court found insufficient evidence to support the Second Cause of Action for Breach
22 | of Fiduciary Duty and the Third Cause of Action for Unjust Enrichment.
23 |
24 | Dated: 3/18/20
25 | Hon. Kira L. Klatchko
    | JUDGE OF THE SUPERIOR COURT

-1-

[PROPOSED] JUDGMENT AFTER COURT TRIAL - CASE NO.: 1601942

This must be in red to be a "CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
         DEPUTY

Dated: 7/20/20

Certification must be in red to be a "CERTIFIED COPY"

# EXEMPLIFICATION CERTIFICATE

The documents to which this certificate is attached are full, true and correct copies of the originals on file and of record in my office. All of which we have caused by these presents to be exemplified, and the seal of our Superior Court of California, County of Riverside to be hereunto affixed.

IN WITNESS WHEREOF, I have hereto set my hand and affixed the Seal of the said Court,

This _____ day of _____, _____

_W. Samuel Hamrick, J._
W. Samuel Hamrick Jr., Clerk
Superior Court of California, County of Riverside

I, ___Judge Harold W. Hopp_____, Judge of the Superior Court of the State of California, in and for the County of Riverside, do hereby certify that W. SAMUEL HAMRICK JR., whose name is subscribed to the preceding exemplification, is the Clerk of the said Superior Court of the State of California, in and for the County of Riverside, and that full faith and credit are due to his official acts. I further certify, that the seal affixed to the exemplification is the seal of our said Superior Court and that the attestation thereof is in due form and according to the form of attestation used in this State.

Date  1/6/20

_____
Judge of the Superior Court of California
County of Riverside

28 USCA, Sec. 1738
Form No. 334 (1/90; 10/97; 2/99; 3/00; 10/00; 5/01;1/03; 4/03; 6/03)

Benjamin D. Johnson (10275)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121-5027
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: ben.johnson@btjd.com

*Attorneys for Plaintiff*

## IN THE THIRD JUDICIAL DISTRICT COURT,

## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| ALUM ROCK RIVERSIDE LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>PRP INVESTORS MADISON, LLC, a California limited liability company, and BRETT DEL VALLE, an individual, and DOES 1 through 50 inclusive,<br><br>　　　Defendants. | **JUDGMENT INFORMATION STATEMENT**<br><br>Case No. _____<br><br>Judge _____ |

　　　Plaintiff, Alum Rock Riverside LLC, as Judgment Creditor, provides the following information in compliance with Section 78B-5-201.

　　　1.　　The correct names of the Judgment Debtors are BRETT DEL VALLE, PRP INVESTORS MADISON, LLC, BDV, Inc., and BDV, LLC.

　　　2.　　The correct last known address of the Judgment Debtor Brett Del Valle is 1803 East Bay Avenue, Newport Beach, California 92661.

3. The address at which Judgment Debtor Brett Del Valle received service of process is 417 29th Street, Newport Beach, California 92663.

4. The correct last known address of Judgment Debtors PRP Investors Madison, LLC, BDV, Inc. and BDV, LLC and the address where Judgment Debtors received service of process is c/o Brett Del Valle, Registered Agent, 415 29th Street, Newport Beach, California 92663

5. Judgment Debtor Brett Del Valle is a natural person whose SS No. is xxx-xx-2003; Date of Birth is 12/1961; and Driver's License No. is N8067219.

6. Judgment Debtors PRP Investors Madison, LLC, BDV, Inc. and BDV, LLC are not natural persons.

7. The name of the Judgment Creditor is Alum Rock Riverside LLC c/o Benjamin D. Johnson, Bennett Tueller Johnson & Deere, 3165 East Millrock Drive, Suite 500, Salt Lake City, Utah 84121.

8. The amount of the Judgment against PRP Investors Madison, LLC and its alter ego Brett Del Valle is $2,834,276.95.

9. The amount of the Judgment against PRP Investors Madison, LLC, BDV, Inc., BDV, LLC and Brett Del Valle is $1,504,687.50.

10. The Judgment has not been stayed.

The Judgment Creditor has reviewed its own records, the records of its attorney and the records of the Court in which the Judgment was entered. Any information required by Section 78B-5-201 but not provided in this statement is unknown and unavailable.

EXECUTED on this 13th day of October, 2020.

_____
Benjamin D. Johnson
Attorneys for Plaintiff

SUBSCRIBED AND SWORN TO before me this 13th day of October, 2020, by Benjamin D. Johnson.

Notary Public - State of Utah
DINA NEWTON
Comm. #697110
My Commission Expires
October 19, 2021

_____
NOTARY PUBLIC

3