# EXHIBIT 5
# (Reply to Writ of Execution)

Bradley L. Tilt (07649)
FREEMAN LOVELL, PLLC
4568 S Highland Drive, Suite 290
Salt Lake City, Utah 84117
office: 385-355-4826
bradley.tilt@freemanlovell.com
*Attorneys for Molly J. Mulligan and John P. Mulligan*

I am the ☐ Plaintiff/Petitioner
☐ Defendant/Respondent
☐ Person claiming a property interest
☒ Attorney for the
  ☐ Plaintiff/Petitioner
  ☐ Defendant/Respondent
  X  Person claiming a property interest and my Utah Bar number is 7649

---

IN THE THIRD JUDICIAL DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| ALUM ROCK RIVERSIDE LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRP INVESTORS MADISON, LLC, a California limited liability company; BRETT DEL VALLE, an individual; and DOES 1 through 50 inclusive,<br><br>Defendants. | **REPLY AND REQUEST FOR HEARING**<br><br>Case No. 206927043<br><br>Judge Adam Mow |

(1) **X** I have read the Notice of Execution and Exemptions form. I understand that, by filing this form, I cannot object to the judgment that I owe money to the creditor. I am filing this form because ***I believe that the creditor has improperly seized my clients' property to pay the judgment.***

(2) **X** *My clients request that this matter be scheduled for a hearing*.

**(3)    X    Statements in the *Application for Writ of Execution* are inaccurate because:**

Paragraph 1 of the *Application for Writ of Execution* appears to **correctly state** that the underlying judgment which Plaintiff seeks to collect is "a judgment against debtor Brett Del Valle" in his individual and personal capacity.  *See also e.g.*, the underlying foreign judgment, which Plaintiff filed in this above-named Utah court on October 13, 2020 (identifying "Brett Del Valle, an individual" as a defendant in its caption, and entering judgment for various amounts against "Brett Del Valle"); the Plaintiff's *Judgment Information Statement* also filed herein on October 13, 2020 (stating at paragraph 5: "Judgment Debtor Brett Del Valle is a natural person").

But the Plaintiff's *Application for Writ of Execution* then goes on to **incorrectly state** that the real property located at and commonly known as 1453 S. Basinview Road, Huntsville, Utah 84137, and more particularly described (in part) as Lot 7, Basinview Estates Cluster Subdivision 1st Amendment, and which bears Parcel No. 20-119-0007 (which real property is referred to hereinafter as the "**Property**"), is "the judgment debtor's property"; the *Application for Writ of Execution* then **incorrectly requests** that a Writ of Execution be issued to direct the Sheriff to seize and sell the Property purportedly as if it was "the debtor's … real property."  ¶¶ 4 and 6 of the Plaintiff's *Application for Writ of Execution*.

Those statements and requests in Plaintiff's *Application for Writ of Execution* are **incorrect, inaccurate, and improper, because** the Property is not presently – and it never has been – the judgment debtor's real property; the Property is not presently – and it never has been – owned by Brett Del Valle in his individual and personal capacity.

The relevant chain of title to the Property is as follows.  In the year 2007, the Property was conveyed from Basinview Development, LC to "Brett H. Del Valle and Traci M. Del Valle, as Co-Trustees of The Del Valle Family Trust dated October 30, 2002" (the "**Trust**").  Also in 2007, the Property was conveyed from the Trust to itself.  The Trust continued to own the Property at all times from 2007 until May 11, 2021, when the Trust then conveyed the Property to the Mulligans.  The Property has never been owned by "Brett Del Valle, an individual," as was **incorrectly and inaccurately** claimed in the Plaintiff's *Application for Writ of Execution*, and certainly not at any time since the foreign judgment was entered by the foreign court and/or filed with this Utah Court, both of which were in the year 2020.[1]

---

[1] Plaintiff's above-referenced *Judgment Information Statement* filed herein on October 13, 2020, also appears to identify the above-named Defendant PRP Investors Madison, LLC also as a judgment debtor on the foreign judgment that was filed with this above-named Utah Court.  The underlying foreign judgment, which Plaintiff filed in this above-named Utah court on October 13, 2020, as referenced in the main text above, appears to name PRP Investors Madison, LLC among the defendants in the caption, and at page two also appears to identify "PRP Investors" as one of the parties against whom judgment was entered in that foreign court.  But neither PRP Investors Madison, LLC, nor "PRP Investors" has at any time ever owned the Property, either; the Property is not presently, and never has been, that judgment debtor's property, either.

**(4)    X    *The Writ of Execution was issued improperly because:***

Rule 64E(a) of the Utah Rules of Civil Procedure states (with emphasis added): "A writ of execution is available to seize <u>property in the possession or under the control of the defendant following entry of a final judgment</u>".  Rule 64(a)(2) states that for purposes of Rule 64E (among other rules): "'Defendant' means the party against whom a claim is filed or against whom judgment has been entered."  Rule 64(a)(1) further states: "'Claim' means a claim, counterclaim, cross claim, third party claim or any other claim."

As applied to the case at bar, those governing rules state, provide, and mean that a Writ of Execution is available only to seize property in the possession or under the control of the judgment debtor "Brett Del Valle, an individual" after the entry of the judgment at issue.  However, as shown under item (3) hereinabove, and by this reference incorporated here, "Brett Del Valle, an individual" does not own the Property presently, has not owned it following the entry of the judgment at issue, and indeed he has never owned the Property.  Further, ever since their purchase of it in May of 2021, the Property has been in the possession and under the control of the Mulligans exclusively, and not in the possession or under the control of "Brett Del Valle, an individual".  A Writ of Execution as to the Property, therefore, was not properly available under the express terms of those governing Utah Rules of Civil Procedure.  Accordingly, the Writ of Execution in this case was issued improperly.[2]

Additionally, the Writ of Execution also was issued improperly because the foreign judgment domesticated to this above-named Court in Salt Lake County, Utah, is not, and as a matter of law it cannot be, any lien or encumbrance upon nor can it otherwise affect the Property which is located in Weber County, Utah.  Utah statutory law clearly, expressly, and unequivocally provides that a judgment "does <u>not</u> create a lien upon or affect the title to real property <u>unless</u> the judgment is <u>filed in</u> the Registry of Judgments of the office of the clerk of <u>the district court of the county in which the property is located</u>."  Utah Code § 78B-5-201(2) (emphases added).  It further expressly provides that even then, "a judgment entered in a district court does <u>not</u> create a lien upon or <u>affect the title to real property unless the judgment</u> or an abstract of judgment <u>is recorded in the office of the county recorder in which the real property</u> of the judgment debtor <u>is located</u>."  *Id.* § -201(3)(a) (emphases added).  It further and provides and confirms that a judgment can become a lien upon real property only if the above-referenced filings and recordings are made in the county in which the property is located, and that the property affected by the judgment is only the property that is located "in the county in which the recording … occurs."  *Id.* § -202(7)(c)(i).[3]  Likewise, Utah's Foreign Judgment Act also and

---

[2] Even if the Writ of Attachment in this case was issued purportedly as against apparent judgment debtor PRP Investors Madison, LLC, or "PRP Investors", it still would be improperly issued for all of the same reasons as set forth in items (4) and (3) of the main text above, and in footnote 1 above, all of which are by this reference incorporated as if fully set forth here, showing neither of those entities own, nor ever owned, the Property, either, nor is it under the possession or control of either of them.

[3] That same Utah Code Section 78B-5-202(7)(c) & (c)(ii) also and further confirm that even if all of those requirements are met, the judgment then affects only real property in that county "<u>of the judgment debtor</u>" and specifically such property "owned or acquired at any time <u>by the judgment debtor</u> <u>during the time the judgment is effective</u>."  (Emphases added).  As shown above and throughout this Reply, and incorporated

further provides that even if a foreign judgment like the one at issue in this case is otherwise properly domesticated to Utah, nevertheless it still "is subject to the same procedures, defenses … as a judgment of a district court of this state," including particularly but without limitation that it becomes a lien upon real property <u>only if (among other things) the foreign judgment "is recorded in the office of the county recorder where the property</u> of the judgment debtor <u>is located, as provided in Section 78B-5-202."</u> Utah Code § 78B-5-302(3) & -305(1)(c).

Because real property can be encumbered or otherwise affected by a judgment only if (i) the judgment (foreign or otherwise) is filed in the court in the county in which the property is located; and (ii) the judgment and certain additional documents also are recorded in the office of the county recorder in which the real property is located – and because neither of those two things occurred in this case – the Writ of Execution purportedly to execute upon a judgment was issued improperly.

**(5)     X     All [or this part: $10,000] of the property is exempt because:**
Even if the Mulligans' Property could properly be subjected to the Writ of Execution issued in this case (which it cannot be), the Mulligans would be entitled to a homestead exemption in and to the Property under and pursuant to Utah Code § 78B-5-503(2)(b)(i).

**(6)     X     My clients are not the judgment debtor, and they claim the following ownership in all or part of the property.** *(Explain.)*
By this reference Mulligans incorporate as if fully set forth here all of the contents and discussion set forth above in this Reply, including in particular, but without limitation, the response to and under paragraph (3) hereinabove. As set forth more fully above, the Property that is the subject of the Writ of Execution is owned by Mulligans, in its entirety, and exclusively.

**(7)     X     I have attached documents that support my client's claims**.

I have not included any non-public information in this document.

Dated July 7, 2021.                          FREEMAN LOVELL, PLLC

                                             */s/ Bradley L. Tilt*
                                             Bradley L. Tilt
                                             *Attorneys for Molly J. Mulligan*
                                             *and John P. Mulligan*

here by this reference, the Property that is the subject of the Writ of Execution issued in this case is not owned by any of the subject judgment debtors, and never has been.

## CERTIFICATE OF SERVICE

I certify that on July 7, 2021, I caused true and correct copies of this **REPLY AND REQUEST FOR HEARING, together with all attachments hereto,** to be served in the manner indicated below to the following-listed parties at their respective addresses listed below:

| | |
|---|---|
| Benjamin D. Johnson<br>Bennett Tueller Johnson & Deere<br>3165 East Millrock Drive, Suite 500<br>Salt Lake City, Utah 84121<br>ben.johnson@btjd.com<br>*Attorneys for Plaintiff* | _____Hand Delivery<br>_____First Class, United States Mail, Postage Prepaid<br>\_\_X\_\_E-filing via GreenFiling<br>_____E-filing via CM/ECF<br>_____Email<br>_____Other:_____ |

*/s/ Bradley L. Tilt*

```
E# 2261271 PG 1 OF 1
ERNEST D ROWLEY, WEBER COUNTY RECORDER
03-MAY-07 346 PM FEE $10.00 DEP VD
REC FOR: LINCOLN TITLE INSURANCE AGENCY
ELECTRONICALLY RECORDED
```

File No. 014551
**When recorded return to:**
Lincoln Title Insurance Agency
4723 Harrison Boulevard, Suite 201
Ogden, UT 84403

**Mail tax notice to:**
Grantee
1201 Estelle Lane
Newport Beach, CA 92660

# SPECIAL WARRANTY DEED

**Basinview Development, LC,**              "Grantor",

hereby CONVEYS and WARRANTS against all claiming by, through, or under it to:

**Brett H. Del Valle and Traci M. Del Valle, Trustees of The Del Valle Family Trust Dated October 30, 2002,**        "Grantees",

for the sum of TEN DOLLARS and other good and valuable consideration the following described tract of land in Weber County, State of Utah:

**ALL OF LOT 7, BASINVIEW ESTATES CLUSTER SUBDIVISION, WEBER COUNTY, UTAH, ACCORDING TO THE OFFICIAL PLAT THEREOF.**

20-108-0007

SUBJECT TO: County and/or City taxes not delinquent; Bonds and/or Special Assessments not delinquent and Covenants, Conditions, Restrictions, Rights-of-Way, Easements, and Reservations now of Record or enforceable in law or equity.

WITNESS, the hand of said grantor, this 27 day of April, A.D. 2007.

**Basinview Development, LC**
By: _____
Mark A. Bates, Managing Member


STATE OF UTAH      )
                   )ss.
COUNTY OF Weber    )

On the 27 day of April, 2007, personally appeared before me, Mark A. Bates, who did say that he is a Managing Member of Basinview Development, LC, that the foregoing instrument was signed on behalf of said Limited Liability Company by authority of Basinview Development, LC and that he duly acknowledged to me that said Limited Liability Company executed the same.

_____
Notary Public

My Commission Expires:

Residing at:

```
DENISE W PAGE
NOTARY PUBLIC - STATE OF UTAH
4723 HARRISON BLVD
OGDEN, UT 84403
COMM. EXP. 11-05-2009
```

*W2293650*

E# 2293650 PG 1 OF 2
ERNEST D ROWLEY, WEBER COUNTY RECORDER
24-SEP-07 1146 AM FEE $12.00 DEP VD
REC FOR: LINCOLN TITLE INSURANCE AGENCY
ELECTRONICALLY RECORDED

File No. 014551
When recorded return to:
Lincoln Title Insurance Agency
4723 Harrison Boulevard, Suite 201
Ogden, UT 84403

Mail tax notice to:
Grantees
1201 Estelle Lane
Newport Beach, CA 92660

# WARRANTY DEED

Brett H. Del Valle and Traci M. Del Valle, Trustees of The Del Valle Family Trust Dated October 30, 2002, "Grantors",

hereby CONVEY and WARRANT to:

Brett H. Del Valle and Traci M. Del Valle, Trustees of The Del Valle Family Trust Dated October 30, 2002, as "Grantees",

for the sum of TEN DOLLARS and other good and valuable consideration the following described tract of land in Weber County, State of Utah:

ALL OF LOT 7, BASINVIEW ESTATES CLUSTER SUBDIVISION 1st AMENDMENT, WEBER COUNTY, UTAH, ACCORDING TO THE OFFICIAL PLAT THEREOF.

20-119-0007

SUBJECT TO: County and/or City taxes not delinquent; Bonds and/or Special Assessments not delinquent and Covenants, Conditions, Restrictions, Rights-of-Way, Easements, and Reservations now of Record or enforceable in law or equity.

WITNESS, the hand of said grantor, this 18 day of September, A.D. 20 07.

_____
Brett H. Del Valle, Trustee

_____
Traci M. Del Valle, Trustee

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of  California                              )

County of Orange                                  )

On  Sept 18, 2007   before me, Deborah Fauerbach, Notary Public
(here insert name and title of the officer)

personally appeared  Brett H. Del Valle and Traci M. Del Valle

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Signature of Notary Public_

DEBORAH FAUERBACH
COMM. #1698508
Notary Public - California
Orange County
My Comm. Expires Oct. 10, 2010

(Seal)

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
_Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required._

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

CAPA v12.10.05 © by Association of Professional Notaries & CSA 800-873-9865 www.notaryclasses.com


*W3151874*

Mail Tax notice to:
Grantee
51 Chestnut Avenue
Clarendon Hills, IL 60514
MNT File No.: 49967
Tax ID No.: 20-119-0007

E# 3151874 PG 1 OF 3
Leann H. Kilts, WEBER COUNTY RECORDER
11-May-21 1215 PM       FEE $40.00 DEP DA(
REC FOR: METRO NATIONAL TITLE
ELECTRONICALLY RECORDED

# WARRANTY DEED

Brett H. Del Valle and Traci M. Del Valle, as Co-Trustees of the Del Valle Family Trust dated October 30, 2002

**GRANTOR** of Newport Beach, State of California, hereby CONVEYS and WARRANTS TO:

Molly J. Mulligan and John P. Mulligan, wife and husband, as joint tenants

**GRANTEE** of 51 Chestnut Avenue, Clarendon Hills, IL 60514 for the sum of TEN AND 00/100'S DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION, the following described tract of land in Weber County, State of Utah:

Lot 7, BASINVIEW ESTATES CLUSTER SUBDIVISION 1ST AMENDMENT, according to the official plat thereof on file and of record in the office of the Weber County Recorder.

Together with a right of use for an easement for ingress and egress over and across Basinview Road (a private road), as shown on the official dedicated plat, to and from said Lot to a physically open and legally dedicated public street.

**SUBJECT TO:** County and/or City Taxes not delinquent; Bonds and/or Special Assessments not delinquent and Covenants, Conditions, Restrictions, Rights-of-Way, Easements, Leases and Reservations now of Record.

**WITNESS**, the hand(s) of said grantor(s), May _10_ 2021.

_/s/ Brett H. Del Valle_
Brett H. Del Valle, Co-Trustee of the Del Valle
Family Trust dated October 30, 2002

_/s/ Traci M. Del Valle_
Traci M. Del Valle, Co-Trustee of the Del Valle
Family Trust dated October 30, 2002

State of __CALIFORNIA__, County of __ORANGE__ )ss:

On __MAY 10th, 2021__ personally appeared before me Brett H. Del Valle and Traci M. Del Valle, who upon being duly sworn (or affirmed) upon oath that they did sign the foregoing instrument with authority as granted in the capacity as Co-Trustees of the Del Valle Family Trust dated October 30, 2002, and that the said Brett H. Del Valle and Traci M. Del Valle, duly acknowledged to me that they executed the same.

— _Please See Attached_ —
Notary Public

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __ORANGE__  

On __MAY 10th, 2021__ before me, __Chavon Kane, Notary Public__,  
    Date                         Here Insert Name and Title of the Officer  
personally appeared __BRETT H. DEL VALLE AND TRACI M. DEL VALLE__,  
                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Chavon Kane__  
              Signature of Notary Public

[Notary Seal: CHAVON KANE, COMM...2213310, NOTARY PUBLIC-CALIFORNIA, ORANGE COUNTY, My Term Exp. October 5, 2021]

Place Notary Seal Above

——————————— OPTIONAL ———————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: __WARRANTY DEED__ Document Date: _____  
Number of Pages: __2__ Signer(s) Other Than Named Above: __NONE__

**Capacity(ies) Claimed by Signer(s)**  
Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Individual     ☐ Attorney in Fact  
☐ Trustee     ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____  

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Individual     ☐ Attorney in Fact  
☐ Trustee     ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____  

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907



**Weber County Government**
**Property Information System**

# WEBER COUNTY RECORDER
## ABSTRACT OF TITLE
### 05/11/2021

**PARCEL NUMBER: 20-119-0007**
**Prior Parcel Numbers:**
20-108-0007

| OWNER: DEL VALLE FAMILY TRUST | ADDRESS: 1201 ESTELLE LN NEWPORT BEACH CA 92660 | TAX UNIT 520 |
|---|---|---|

**LEGAL DESCRIPTION:** 2007   ORIG       **ACRES:** 1.52
ALL OF LOT 7, BASINVIEW ESTATES CLUSTER SUBDIVISION, 1ST AMENDMENT, WEBER COUNTY, UTAH.

| Grantor/ Grantee | Kind of Document Consideration | Time Period Entry # | Book-Page Doc Date | Record Date | Time Release | Abstract Date Entry Ref |
|---|---|---|---|---|---|---|
| ZIONS FIRST NATL BANK | RECON | | 1367-1567 | | 04:08 | |
| CRAIG, E D | $0.00 | 821408 | 10/03/1980 | 06-OCT-1980 | 1343- 477 | |
| CRAIG, E D | TRUST DD | | 1367-1568 | | 04:09 | |
| ZIONS FIRST NATL BK | $35,000.00 | 821409 | 10/03/1980 | 06-OCT-1980 | - | |
| ZIONS FIRST NATIONAL BANK TR | PT RECONVEYANCE | | 1372- 532 | | 02:56 | |
| WEBBER, JOHN U & WF | $0.00 | 825575 | 12/03/1980 | 03-DEC-1980 | 1323- 52 | |
| ZIONS FIRST NATL BANK TR | RECON | | 1372- 533 | | 02:57 | |
| WEBBER, JOHN U & WF | $0.00 | 825576 | 11/07/1980 | 03-DEC-1980 | 1273- 286 | |
| FACKRELL, ANN SWENSON | RELEASE | | 1378-0065 | | 03:36 | |
| WEBBER, JOHN U & RUTH M | $0.00 | 831722 | 03/11/1981 | 11-MAR-1981 | 1003-0732 | |
| WILLOUGHBY, DAVID R | TRUST DD | | 1384-0437 | | 12:39 | |
| BROWN DISTRIBUTING CO ETAL | $15,000.00 | 838323 | 02/23/1981 | 22-JUN-1981 | - | |
| WEBBER, JOHN U | WD | | 1390-1262 | | 02:34 | |
| WADMAN, V JAY | $10.00 | 844791 | 09/18/1981 | 01-OCT-1981 | - | |
| WEBBER, JOHN U & WF | WD | | 1380-1264 | | 02:35 | |
| JOHN U WEBBER CO | $10.00 | 844792 | 09/18/1981 | 01-OCT-1981 | - | |
| WADMAN, V JAY ETAL | WD | | 1390-1265 | | 02:36 | |
| SUMMERHAWKS LTD ETAL | $10.00 | 844793 | 09/18/1981 | 01-OCT-1981 | - | |
| SUMMERHAWKS LTD | DEED OF TRST | | 1390-1268 | | 02:37 | |
| JOHN U WEBBER CO ETAL | $408,000.00 | 844794 | 09/18/1981 | 01-OCT-1981 | - | |
| BOARD OF COUNTY COMMISSIONER | ORDNCE | | 1394-1772 | | 11:57 | |
| WHOM IT MAY CONCERN | $0.00 | 849262 | 12/21/1981 | 22-DEC-1981 | - | |
| AHLBERG, WILLIAM D | RELEASE | | 1395-0054 | | 09:56 | |
| WEBBER, JOHN U & WF | $0.00 | 849304 | 12/19/1981 | 23-DEC-1981 | - | |
| WILLOUGHBY, DAVID R & JEAN G | QCD | | 1399-0363 | | 03:53 | |
| BROWN DISTRIBUTING | $10.00 | 853531 | 10/00/1981 | 09-MAR-1982 | - | |
| WEBBER, JOHN U & WF | RELEASE | | 1401-1669 | | 10:19 | |
| ADAMS, ALFRED W & WF | $0.00 | 856371 | 04/27/1982 | 28-APR-1982 | 1003-0733 | |
| ZIONS FIRST NATL BANK TR | RECON | | 1402-0074 | | 01:52 | |
| WEBBER, JOHN U & RUTH M | $0.00 | 856503 | 04/26/1982 | 29-APR-1982 | 1323-0052 | |
| WEBER BASIN WTR CONSERV DIST V | WATER CONTRACT | | 1405-1501 | | 01:17 | |
| SUMMERHAWKS LTD WTR | $0.00 | 860593 | 06/14/1982 | 13-JUL-1982 | - | |
| ZIONS FIRST NATIONAL BANK | RECON | | 1413-0821 | | 04:13 | |
| CRAIG, E D | $0.00 | 868216 | 11/18/1982 | 22-NOV-1982 | 1367-1568 | |
| WEBBER, JOHN U & WF | WD | | 1432-1327 | | 02:42 | |
| BROWN DISTRIBUTING CO | $10.00 | 890715 | 09/20/1983 | 21-SEP-1983 | - | |

| Party 1 / Party 2 | Instrument / Amount | Entry # | Book-Page / Date | Recorded | Ref |
|---|---|---|---|---|---|
| WEBBER, JOHN U & ROTH M ETAL | TRUST DD | | 1436-0991 | | 03:20 |
| BANK OF UTAH | $80,000.00 | 898298 | 12/27/1983 | 28-DEC-1983 | - |
| BANK OF UTAH | RELEASE | | 1439-1244 | | 11:07 |
| WEBBER, JOHN U & WF | $0.00 | 899767 | 01/17/1984 | 18-JAN-1984 | 1235-0810 |
| CARDON LAND TITLE CO TR | PT RECONVEYANCE | | 1467-1692 | | 11:12 |
| SUMMERHAWKS LTD ETAL | $0.00 | 937356 | 05/10/1985 | 15-MAY-1985 | 1390-1268 |
| KEITER, JOHN E TR | WD | | 1467-1756 | | 01:10 |
| SUMMERS, CLARKE C & WF | $10.00 | 937370 | 05/15/1985 | 15-MAY-1985 | - |
| SUMMERHAWKS LTD | WD | | 1467-1759 | | 01:11 |
| SUMMERS, CLARKE C & WF | $10.00 | 937371 | 05/15/1985 | 15-MAY-1985 | - |
| SUMMERS, CLARKE C & WF | DEED TRST | | 1469-0329 | | 03:03 |
| DESERET FEDERAL SV & LN ASSN | $168,750.00 | 939126 | 06/06/1985 | 06-JUN-1985 | - |
| WEBER BASIN WTR CONSERV DIST V | ORDER ON PETN | | 1471-1851 | | 04:37 |
| SUMMERS, CLARKE C & WF WTR | $99.66 | 942577 | 06/28/1985 | 18-JUL-1985 | - |
| WEBBER, JOHN U | TRUST DD | | 1480-0360 | | 01:14 |
| ZIONS FIRST NATIONAL BANK | $111,000.00 | 953779 | 10/01/1985 | 22-NOV-1985 | - |
| WEBBER, JOHN U | ASSIGN OF CONTRT | | 1480-0365 | | 01:15 |
| ZIONS FIRST NATIONAL BANK | $10.00 | 953780 | 10/01/1985 | 22-NOV-1985 | - |
| SUMMERS, CLARKE C & MARCIA H | NTC OF LIEN | | 1483-1787 | | 08:13 |
| HUGHES, BILL | $7,923.50 | 958462 | // | 22-JAN-1986 | - |
| SUMMERS, CLARKE C & MARCIA H | NTC OF LIEN | | 1486-2134 | | 12:25 |
| URE, BERT | $5,000.00 | 963036 | // | 14-MAR-1986 | - |
| CARDON LAND TITLE CO TR | PT RECONVEYANCE | | 1495-2518 | | 09:16 |
| SUMMERHAWKS LTD ETAL | $0.00 | 977430 | 06/06/1986 | 04-AUG-1986 | 1380-1268 |
| URE, BERT | REL OF LIEN | | 1497-0815 | | 03:10 |
| WHOM IT MAY CONCERN | $5,000.00 | 979676 | 08/22/1986 | 22-AUG-1986 | 1486-2134 |
| KITCHEN STUDIO | REL OF LIEN | | 1505-1673 | | 11:40 |
| WHOM IT MAY CONCERN | $7,927.50 | 992691 | 09/02/1986 | 17-DEC-1986 | 1483-1787 |
| ZIONS FIRST NATIONAL BANK | PT RECONVEYANCE | | 1505-1676 | | 11:41 |
| WEBBER, JOHN U | $0.00 | 992692 | 09/11/1986 | 17-DEC-1986 | 1480-0360 |
| ZIONS FIRST NATL BANK | PT RELEASE | | 1505-1678 | | 11:42 |
| WEBBER, JOHN U | $0.00 | 992693 | 09/11/1986 | 17-DEC-1986 | 1480-0365 |
| SUMMERHAWKS LTD | WD | | 1505-1681 | | 11:42 |
| SUMMERS, CLARKE C & WF | $10.00 | 992694 | 06/11/1986 | 17-DEC-1986 | - |
| KEITER, JOHN E TR | WD | | 1505-1681 | | 11:43 |
| SUMMERS, CLARKE C & WF | $10.00 | 992695 | 06/11/1986 | 17-DEC-1986 | - |
| SUMMERS, CLARKE C & WF | DEED OF TRST | | 1505-1682 | | 11:43 |
| MOORE FINANCIAL SERVICES INC ET | $147,550.00 | 992696 | 12/11/1986 | 17-DEC-1986 | - |
| SUMMERS, CLARKE C ETAL | TRUST DD | | 1505-1687 | | 11:46 |
| CONTINENTAL BANK & TRUST CO | $30,000.00 | 992697 | 12/11/1986 | 17-DEC-1986 | - |
| CLAYSON, CRAIG D | ASGNMT | | 1506-0954 | | 03:08 |
| CITICORP HOMEOWNERS INC | $0.00 | 993964 | 12/18/1986 | 29-DEC-1986 | 1505-1682 |
| MORGAN, TERRILYN B | REQ FOR NTC | | 1509-1280 | | 12:58 |
| WHOM IT MAY CONCERN | $0.00 | 998977 | // | 11-FEB-1987 | 1505-1682 |
| DESERET FED SV & LN ASSN TR | RECON | | 1523-2253 | | 03:37 |
| SUMMERS, CLARKE C & WF | $0.00 | 1021465 | 07/17/1987 | 11-AUG-1987 | 1469-0329 |
| CITICORP MTG INC FKA | ASGNMT | | 1539-2706 | | 09:05 |
| LOMAS & NETTLETON CO | $0.00 | 1046898 | 01/29/1988 | 20-MAY-1988 | 1505-1682 |
| ZIONS FIRST NATL BK | PT RELEASE ASSIGN | | 1551-2861 | | 10:04 |
| WEBBER, JOHN U | $0.00 | 1064975 | 12/02/1988 | 07-DEC-1988 | 1480-0365 |
| ZIONS FIRST NATL BK | PT RECONVEYANCE | | 1551-2863 | | 10:05 |
| WEBBER, JOHN U | $0.00 | 1064976 | 12/02/1988 | 07-DEC-1988 | 1480-0360 |
| WEBBER, JOHN U | ASSIGN INTEREST | | 1557-2264 | | 03:20 |

| Name | Type | Amount | Doc # | Date | Recorded | Ref |
|---|---|---|---|---|---|---|
| WEBBER, JOHN U | ROW WARRANTY DEED | | | 1557-2275 | | 03:24 |
| WADMAN, V JAY | | $10.00 | 1073781 | 09/21/1978 | 27-MAR-1989 | - |
| WEBBER, JOHN U | WD | | | 1557-2276 | | 03:29 |
| WADMAN, V JAY | | $0.00 | 1073782 | 09/21/1978 | 27-MAR-1989 | - |
| SUMMERHAWKS LTD | WD | | | 1565-2145 | | 11:40 |
| WADMAN, V JAY ETAL | | $10.00 | 1085860 | 07/20/1989 | 10-AUG-1989 | - |
| WADMAN, V JAY ETAL | WD | | | 1565-2148 | | 11:44 |
| SUMMERS, CLARKE C TR ETAL | | $10.00 | 1085861 | 07/20/1989 | 10-AUG-1989 | - |
| SUMMERS, CLARKE C ETAL | TRUST DD | | | 1576-0695 | | 03:49 |
| WEST ONE BK UT | | $19,529.84 | 1101910 | 02/12/1990 | 21-FEB-1990 | - |
| SUMMERS, CLARKE C & WF | NON ASSUMP AGRMT | | | 1576-0699 | | 03:50 |
| WEST ONE BK UT | | $0.00 | 1101911 | 02/12/1990 | 21-FEB-1990 | - |
| ZIONS FIRST NATL BANK TR | RECON | | | 1578-0869 | | 08:05 |
| WEBBER, JOHN U | | $0.00 | 1105213 | 03/26/1990 | 03-APR-1990 | 1480-0360 |
| JOHN U WEBBER CO | ASGNMT | | | 1588-1262 | | 01:30 |
| PETERSEN, JERRY TR ETAL | | $0.00 | 1121698 | 10/19/1990 | 19-OCT-1990 | 1390-1268 |
| JOHN U WEBBER CO ETAL | TRUST DD | | | 1590-2497 | | 04:31 |
| AMERICA FIRST CR UN ETAL | | $100,000.00 | 1125426 | 11/28/1990 | 28-NOV-1990 | - |
| ZIONS FIRST NATL BK | REL | | | 1592-1918 | | 02:29 |
| WEBBER, JOHN U | | $0.00 | 1128555 | 12/27/1990 | 07-JAN-1991 | 1480-0365 |
| WEBBER, JOHN U | WD | | | 1593-0599 | | 01:36 |
| WADMAN, V JAY | | $10.00 | 1129569 | 01/18/1991 | 22-JAN-1991 | - |
| WADMAN, V JAY | WD | | | 1593-0601 | | 01:38 |
| WADMAN INVESTMENT | | $10.00 | 1129570 | 01/18/1991 | 22-JAN-1991 | - |
| WADMAN, V JAY | WD | | | 1606-0582 | | 12:26 |
| WADMAN INV | | $10.00 | 1149606 | 08/21/1991 | 21-AUG-1991 | - |
| WADMAN, V JAY | WD | | | 1606-0585 | | 12:27 |
| WADMAN INV | | $10.00 | 1149607 | 08/21/1991 | 21-AUG-1991 | - |
| WEST ONE BK TR | RECON | | | 1610-0855 | | 08:15 |
| SUMMERS, CLARKE C & WF | | $0.00 | 1155526 | 10/17/1991 | 22-OCT-1991 | 1576-0695 |
| SUMMERS, CLARKE C TR | QCD | | | 1610-1011 | | 11:50 |
| SUMMERS, CLARKE C & WF | | $10.00 | 1155615 | 10/21/1991 | 22-OCT-1991 | - |
| KEITER, JOHN E TR | QCD | | | 1610-1012 | | 11:51 |
| SUMMERS, CLARKE C & WF | | $10.00 | 1155616 | 10/22/1991 | 22-OCT-1991 | - |
| SUMMERS, CLARKE C & WF | TRUST DD | | | 1610-1013 | | 11:52 |
| WEST ONE BK UT | | $135,000.00 | 1155617 | 10/10/1991 | 22-OCT-1991 | - |
| WEST ONE BK UT | REQ FOR NTC | | | 1610-1018 | | 11:53 |
| WHOM IT MAY CONCERN | | $0.00 | 1155618 | // | 22-OCT-1991 | 1505-1682 |
| SUMMERS, CLARKE C & WF | NON ASSUMP AGRMNT | | | 1610-1020 | | 11:54 |
| WEST ONE BK UT | | $135,000.00 | 1155619 | 10/10/1991 | 22-OCT-1991 | - |
| WEST ONE BK TR | RECON | | | 1610-2995 | | 08:15 |
| SUMMERS, CLARKE C & WF | | $0.00 | 1156485 | 10/17/1991 | 31-OCT-1991 | 1576-0695 |
| WEST ONE BK TR | RECON | | | 1611-0787 | | 08:29 |
| SUMMERS, CLARKE C ETAL | | $0.00 | 1156884 | 10/30/1991 | 05-NOV-1991 | 1505-1687 |
| SUMMERS, CLARKE C ETAL | QCD | | | 1628-0660 | | 08:52 |
| KEITER, JOHN E TR | | $10.00 | 1179922 | 05/29/1992 | 01-JUN-1992 | - |
| CROWTHER, MARVIN | NTC ASSMNT | | | 1639-2597 | | 02:34 |
| WHOM IT MAY CONCERN | | $0.00 | 1195168 | // | 01-OCT-1992 | - |
| PETERSEN, JERRY TR ETAL | SUB TR | | | 1640-1080 | | 09:59 |
| ASSOCIATED TITLE CO | | $0.00 | 1195772 | 05/14/1992 | 07-OCT-1992 | 1588-1262 |
| ASSOCIATED TITLE CO TR | RECON | | | 1640-1082 | | 10:01 |
| KEITER, JOHN E TR ETAL | | $0.00 | 1195773 | 09/25/1992 | 07-OCT-1992 | 1390-1268 |

| Grantor/Grantee | Instrument | Entry # | Doc Date | Rec Date | Time | Ref1 | Ref2 |
|---|---|---|---|---|---|---|---|
| SUMMERS, CLARKE C ETAL | QCD | 1259804 | 11/11/1993 | 29-NOV-1993 | | | |
| SUMMERS, CLARKE C | $10.00 | | | | 11:20 | | |
| SUMMERS, CLARKE C | DEED OF TRST | | 1691-0522 | | | | |
| WEST ONE BK UT ETAL | $202,300.00 | 1259805 | 11/23/1993 | 29-NOV-1993 | - | | |
| WEST ONE BK UT | SUBORD AGRMT | | 1691-0530 | | 11:22 | | |
| WEST ONE BK | $0.00 | 1259806 | 11/23/1993 | 29-NOV-1993 | 1691-0522 | | |
| SUMMERS, CLARKE C ETAL | QCD | | 1696-1793 | | 01:20 | | |
| CLARKE C SUMMERS PN & PR SH PLN | $10.00 | 1266242 | 10/00/1993 | 30-DEC-1993 | - | | |
| WEST ONE BK UT | ASGNMT | | 1700-2557 | | 12:29 | | |
| MORTGAGE AUTHORITY INC | $0.00 | 1271860 | 01/03/1994 | 31-JAN-1994 | 1691-0530 | | |
| MORTGAGE AUTHORITY INC | ASGNMT | | 1732-1543 | | 10:02 | | |
| SOURCE ONE MTG SERV CORP | $1.00 | 1314006 | 01/17/1994 | 29-SEP-1994 | 1691-0522 | | |
| WEBER COUNTY | RESOL #18-96 | | 1801-0295 | | 10:42 | | |
| WHOM IT MAY CONCERN | $0.00 | 1399404 | 04/03/1996 | 12-APR-1996 | - | | |
| WEBER COUNTY | RESOL #25-96 | | 1811-2786 | | 09:23 | | |
| WHOM IT MAY CONCERN | $0.00 | 1413086 | 05/15/1996 | 18-JUN-1996 | - | | |
| SOURCE ONE MTG SERV CORP | ASGNMT | | 1930-2820 | | 09:12 | | |
| CAPSTEAD INC | $0.00 | 1547548 | 02/01/1997 | 27-MAY-1998 | 1691-522 | | |
| CAPSTEAD INC | ASGNMT | | 2007-2124 | | 08:24 | | |
| GMAC MTG CORP | $0.00 | 1631210 | 02/01/1999 | 28-APR-1999 | 1691-522 | | |
| US BK NATL ASSOC TR FKA ETAL | RECON | | 2316-0181 | | 09:29 | | |
| SUMMERS, CLARKE C ETAL | $0.00 | 1911178 | 01/16/2003 | 06-FEB-2003 | 1610-1013 | 1155617 |
| GMAC MTG CORP | SUB TR | | 2373-1436 | | 08:13 | | |
| RIVERS, ROD | $0.00 | 1941533 | // | 27-MAY-2003 | 1691-522 | 1259805 |
| RIVERS, ROD TR | RECON | | 2373-1438 | | 08:13 | | |
| SUMMERS, CLARKE C | $0.00 | 1941534 | // | 27-MAY-2003 | 1691-522 | 1259805 |
| WEBER BASIN CONSERV DIST | ORDR ON PETN | | 2389-0252 | | 09:35 | | |
| SUMMERS, CLARKE C | $0.00 | 1949479 | 04/25/2003 | 20-JUN-2003 | - | | |
| WEBER BASIN WTR CONSERV DIST | ORD ON PETN | | - | | 08:45 | | |
| CLARKE C SUMMERS PENSION & PR( | $0.00 | 2017007 | 01/30/2004 | 11-MAR-2004 | - | | |
| WEBER BASIN WTR CONSERV DIST | ORDR ON PETN | | - | | 08:45 | | |
| CLARKE C SUMMERS PEN & PROF | $0.00 | 2017008 | 01/30/2004 | 11-MAR-2004 | - | | |
| CLARKE C SUMMERS PROFIT SHARIN | QCD | | - | | 04:28 | | |
| SUMMERS, CLARKE C ETAL | $400,000.00 | 2098267 | 04/21/2005 | 21-APR-2005 | - | | |
| WEBER COUNTY | RESOL 23-2005 | | - | | 02:31 | | |
| WHOM IT MAY CONCERN | $0.00 | 2156401 | 07/12/2005 | 24-JAN-2006 | - | | |
| CLARK C SUMMERS PNSN PRFT PLN | ASGNMT | | - | | 09:17 | | |
| BASIN VIEW EST HOMEOWNERS ASS | $0.00 | 2193577 | 04/07/2006 | 14-JUL-2006 | 2389-252 | 2017007 |
| SUMMERS, CLARKE C ETAL | SP WD | | - | | 12:11 | | |
| BASINVIEW DEV LC | $10.00 | 2193657 | 07/07/2006 | 14-JUL-2006 | - | | |
| BASINVIEW DEV LC | DEED OF TRST | | - | | 12:11 | | |
| SUMMERS, CLARKE C & WF ETAL | $2,990,517.95 | 2193658 | 07/07/2006 | 14-JUL-2006 | - | | |
| BASINVIEW DEVL LC | DED PLAT | | - | | 02:26 | | |
| WHOM IT MAY CONCERN | $0.00 | 2202617 | 08/04/2006 | 22-AUG-2006 | 64-55 | | |
| BASINVIEW DEV LC ETAL | AGRMT | | - | | 02:28 | 27-JAN-2010 |
| WHOM IT MAY CONCERN | $0.00 | 2202618 | 08/04/2006 | 22-AUG-2006 | - | | |
| BASINVIEW DEV LLC | AGRMT | | - | | 02:31 | | |
| WHOM IT MAY CONCERN | $0.00 | 2202619 | 08/04/2006 | 22-AUG-2006 | - | | |
| BASINVIEW DEV LC | DECL COV REST | | - | | 03:45 | | |
| WHOM IT MAY CONCERN | $0.00 | 2203027 | 08/22/2006 | 23-AUG-2006 | - | | |
| WEBER COUNTY ETAL | AMD AGRMT | | - | | 11:04 | 27-JAN-2010 |
| WHOM IT MAY CONCERN | $0.00 | 2204634 | 08/28/2006 | 30-AUG-2006 | - | | |
| BASINVIEW DEVL LLC | AGRMT | | - | | 03:23 | | |

| Party 1 / Party 2 | Type / Amount | Entry # | Date 1 | Date 2 | Time | Ref # |
|---|---|---|---|---|---|---|
| WHOM IT MAY CONCERN | $0.00 | 2267900 | 06/23/2006 | 19-JUL-2006 | - | |
| BASINVIEW DEV LC | SP WD | | | | 03:46 | |
| DEL VALLE FAMLY TRST | $10.00 | 2261271 | 04/27/2007 | 03-MAY-2007 | - | |
| DEL VALLE FAMLY TRST | DEED OF TRST | | - | | 03:46 | |
| WELLS FARGO BK ETAL | $500,000.00 | 2261272 | 04/25/2007 | 03-MAY-2007 | - | |
| LINCOLN TTL INS TR | PT RECON | | - | | 09:05 | |
| BASINVIEW DEV LC | $0.00 | 2264396 | 05/16/2007 | 17-MAY-2007 | - | 2193658 |
| WEBER COUNTY | ORDNCE 2007-24 | | - | | 03:56 | |
| WHOM IT MAY CONCERN | $0.00 | 2290050 | 09/04/2007 | 05-SEP-2007 | - | |
| DEL VALLE FAMILY TRUST ETAL | DED PLAT | | 66-87 | | 03:58 | |
| WHOM IT MAY CONCERN | $0.00 | 2290051 | 08/13/2007 | 05-SEP-2007 | - | |
| BASINVIEW DEV LC ETAL | NTC | | - | | 04:00 | |
| WHOM IT MAY CONCERN | $0.00 | 2290052 | 08/31/2007 | 05-SEP-2007 | - | |
| VEL VALLE FMLY TRST | WD | | - | | 11:46 | |
| DEL VALLE FMLY TRST | $10.00 | 2293650 | 09/18/2007 | 24-SEP-2007 | - | |
| DEL VALLE TRST | DEED OF TRST | | - | | 12:16 | |
| CALIFORNIA NATL BK ETAL | $1,750,000.00 | 2313274 | 12/12/2007 | 31-DEC-2007 | - | |
| DEL VALLE TRST | ASGNMT | | - | | 12:16 | |
| CALIFORNIA NATL BK | $0.00 | 2313275 | 12/21/2007 | 31-DEC-2007 | - | |
| WELLS FARGO BK NW TR | RECON | | - | | 08:57 | |
| DEL VALLE TRST | $0.00 | 2319710 | 01/15/2008 | 05-FEB-2008 | - | 2261272 |
| DEL VALLE, BRETT H | NTC COMP | | - | | 10:47 | |
| WHOM IT MAY CONCERN | $0.00 | 2350137 | 06/23/2008 | 25-JUN-2008 | - | |
| CALIFORNIA NATL BK | MOD AGRMT | | - | | 12:08 | |
| DEL VALLE FAMILY TRUST | $0.00 | 2432420 | 07/01/2009 | 31-AUG-2009 | - | 2313274 |
| US BANK NATL ASSN ETAL | MOD AGRMT | | - | | 10:26 | |
| WHOM IT MAY CONCERN | $1,750,000.00 | 2453101 | 10/01/2009 | 07-JAN-2010 | - | 2313274 |
| FDIC | ASGNMT | | - | | 08:22 | 10-AUG-2010 |
| US BK NATL ASSOC | $0.00 | 2485659 | 10/30/2009 | 10-AUG-2010 | - | |
| SCHIMMELPFENNIG, TODD | REQ FOR NTC | | - | | 08:20 | 18-MAY-2011 |
| WHOM IT MAY CONCERN | $0.00 | 2527425 | 05/04/2011 | 18-MAY-2011 | - | 2261272 |
| SCHIMMELPHENNIG, TODD | REQ FOR NTC | | - | | 08:20 | 18-MAY-2011 |
| WHOM IT MAY CONCERN | $0.00 | 2527426 | // | 18-MAY-2011 | - | 2313274 |
| DEL VALLE FMLY TRST ETAL | MOD AGRMT | | - | | 08:06 | 19-MAY-2011 |
| WHOM IT MAY CONCERN | $0.00 | 2527547 | 04/26/2011 | 19-MAY-2011 | - | 2313274 |
| US BANK NATL ASSN | SUB TR | | - | | 03:06 | 29-JUN-2012 |
| WALKER, RUSSELL S | $0.00 | 2583677 | 06/27/2012 | 29-JUN-2012 | - | 2313274 |
| WALKER, RUSSELL S | NTC OF DFLT | | - | | 03:06 | 29-JUN-2012 |
| DEL VALLE FAMILY TRUST | $0.00 | 2583678 | 06/29/2012 | 29-JUN-2012 | - | 2313274 |
| CHASE BK FKA ETAL | SUB TR/RECON | | - | | 09:49 | 04-FEB-2014 |
| JPMORGAN CHASE BANK ETAL | $0.00 | 2601884 | 10/04/2012 | 23-OCT-2012 | - | 2067446 |
| WEBER COUNTY | RESOL #27-2012 | | - | | 10:38 | |
| WHOM IT MAY CONCERN | $0.00 | 2610456 | 12/11/2012 | 13-DEC-2012 | - | |
| DEL VALLE, BRETT | DEED OF TRST | | - | | 03:01 | 03-MAR-2014 |
| PRP INVESTORS FONTANA LLC ETAL | $360,009.12 | 2677120 | 12/19/2013 | 03-MAR-2014 | - | |
| US BANK | SUB TR | | - | | 01:10 | 05-JUN-2014 |
| HALLIDAY JR, PAUL M | $0.00 | 2689333 | 05/29/2014 | 05-JUN-2014 | - | 2527547 |
| HALLIDAY JR, PAUL M TR | NTC OF DFLT | | - | | 03:02 | 15-JUL-2014 |
| DEL VALLE, BRETT H ETAL | $214,000.00 | 2692310 | 06/27/2014 | 27-JUN-2014 | - | |
| STATE OF UTAH | CERT OF CREATION | | - | | 01:50 | 20-JAN-2015 |
| WHOM IT MAY CONCERN | $0.00 | 2718461 | 12/01/2014 | 20-JAN-2015 | - | |
| WEBER COUNTY | AFFT | | - | | 09:38 | |
| WHOM IT MAY CONCERN | $0.00 | 2725109 | 03/09/2015 | 09-MAR-2015 | - | |

| Name 1 / Name 2 | Instrument / Amount | Entry # | Date 1 | Date 2 | Time | Recorded Date / Ref |
|---|---|---|---|---|---|---|
| HALLIDAY JR, PAUL M TR<br>DEL VALLE FAMILY TRUST | NTC OF DFLT<br>$0.00 | 2782340 | 03/11/2016 | 11-MAR-2016 | | 11-MAR-2016<br>2453101 |
| STATE OF UTAH<br>WHOM IT MAY CONCERN | CERT DISSOLUTION<br>$0.00 | 2795066 | // | 25-MAY-2016 | 11:23 | 15-JUN-2016 |
| WEBER COUNTY<br>WHOM IT MAY CONCERN | RESOL #12-2016<br>$0.00 | 2795067 | 05/10/2016 | 25-MAY-2016 | 11:24 | 13-JUN-2016 |
| US BANK ETAL<br>US BANK TRUST CO ETAL | SUB TR/RECON<br>$0.00 | 2866077 | 06/22/2017 | 03-JUL-2017 | 12:10 | 03-JUL-2017<br>2313274 |
| DEL VALLE FAMILY TRUST<br>BOFI FED BANK ETAL | DEED OF TRST<br>$750,000.00 | 2879566 | 09/13/2017 | 20-SEP-2017 | 09:37 | 20-SEP-2017 |
| OGDEN VALLEY PARKS SERVICE AR<br>WHOM IT MAY CONCERN | ANNEX PLAT<br>$0.00 | 2897531 | // | 28-DEC-2017 | 12:58 | 10-JAN-2018 |
| STATE OF UTAH<br>WHOM IT MAY CONCERN | CERT ANEX<br>$0.00 | 2897532 | 12/27/2017 | 28-DEC-2017 | 12:58 | 10-JAN-2018 |
| OGDEN VALLEY PARKS SERVICE AR<br>WHOM IT MAY CONCERN | NTC BNDRY ADJUST<br>$0.00 | 2897533 | 12/20/2017 | 28-DEC-2017 | 12:59 | 10-JAN-2018 |
| WEBER COUNTY<br>WHOM IT MAY CONCERN | RESOL 43-2017<br>$0.00 | 2897534 | 10/17/2017 | 28-DEC-2017 | 12:59 | 10-JAN-2018 |
| OGDEN VALLEY PARKS SERVICES A<br>WHOM IT MAY CONCERN | RESOL BNDRY ADJUST<br>$0.00 | 2897535 | 12/28/2017 | 28-DEC-2017 | 01:00 | 10-JAN-2018 |
| PRP INVESTORS FONATNA LLC ETAL<br>PRP INVESTORS FONTANA LLC ETAL | SUB TR/RECON<br>$0.00 | 2931280 | 07/16/2018 | 17-JUL-2018 | 04:20 | 17-JUL-2018<br>2677120 |
| DE VALLE FAMILY TRUST<br>SINGLE BOX CALI LP ETAL | TRUST DD<br>$9,558,800.00 | 2931281 | 07/16/2018 | 17-JUL-2018 | 04:20 | 17-JUL-2018 |
| BASINVIEW ESTATES HOA INC<br>WHOM IT MAY CONCERN | AMD DECL COV<br>$0.00 | 2990355 | 04/16/2019 | 10-JUL-2019 | 12:53 | 10-JUL-2019<br>2203027 |
| LINCOLN TTL INS AGENCY TR<br>DEL VALLE FAMILY TRUST | NTC OF DFLT<br>$0.00 | 2991776 | 07/18/2019 | 18-JUL-2019 | 10:55 | 18-JUL-2019<br>2931281 |
| SINGLE BOX CALI LP<br>SB FB HOUSTON LP | ASGNMT OF TRST DD<br>$0.00 | 2991983 | 07/18/2019 | 19-JUL-2019 | 10:06 | 19-JUL-2019<br>2931281 |
| SB FB HOUSTON LP<br>LINCOLN TTL INS AGENCY | SUB TR<br>$0.00 | 2991984 | 07/18/2019 | 19-JUL-2019 | 10:06 | 19-JUL-2019<br>2931281 |
| FOUNDERS TTL CO<br>WHOM IT MAY CONCERN | AFFT<br>$0.00 | 3006790 | 09/27/2019 | 30-SEP-2019 | 04:04 | 30-SEP-2019 |
| LINCOLN TTL INS AGENCY TR<br>DEL VALLE FAMILY TRUST | RECON<br>$0.00 | 3018148 | 11/22/2019 | 22-NOV-2019 | 09:24 | 22-NOV-2019<br>2931281 |
| DEL VALLE, BRETT H ETAL<br>TSS ENTERPRISES INC ETAL | DEED OF TRST<br>$0.00 | 3066407 | 05/08/2019 | 06-JUL-2020 | 03:52 | 06-JUL-2020 |
| SCHIMMELPFENNING, TODD<br>WHOM IT MAY CONCERN | REQ FOR NTC<br>$0.00 | 3133579 | 02/25/2021 | 10-MAR-2021 | 03:03 | 10-MAR-2021<br>2879566 |

*04-07-2021 ABSTRACTED THROUGH*

**\*\*\* RUN DATE: May 11, 2021, 11:23 an \*\*\***              **\*\*\* END OF ABSTRACT \*\*\***