# EXHIBIT 7
# (Minutes from Scheduling Conference)

The Order of the Court is stated below:
Dated: August 17, 2022    At the direction of:
10:32:23 AM    /s/ ADAM T. MOW
              District Court Judge
          by
       /s/ CHANTEL LINDSLEY
           District Court Clerk

## 3RD DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| ALUM ROCK RIVERSIDE LLC, Plaintiff, | MINUTES SCHEDULING CONFERENCE |
| vs. BRETT DEL VALLE Et al et al., Defendant. | Case No: 206927043 FJ Judge: ADAM MOW Date: August 17, 2022 |

Clerk: chantell

**PRESENT**

Plaintiff's Attorney(s): BENJAMIN JOHNSON
Other Parties: BRADLEY TILT
Audio
Tape Number: W45 Tape Count: 1000-1020

**HEARING**

Res. to file opposition by 9/16/22
Pet. to responed by 09/30/22
Oral argument hearing scheduled for 10/26 at 1030am

**ORAL ARGUMENT HEARING is scheduled.**

Date: 10/26/2022

Time: 10:30 a.m.

Before Judge: ADAM MOW

This hearing will not take place at the courthouse. It will be conducted remotely.

Contact the court to provide your current email address.

If you do not have access to a phone or other electronic device to appear remotely, notify the court.

For up-to-date information on court operations during the COVID-19 pandemic, please visit: https://www.utcourts.gov/alerts/

**End Of Order - Signature at the Top of the First Page**