# EXHIBIT 13
# (Order Granting Mtn to Intervene)

The Order of the Court is stated below:
Dated: October 16, 2024  /s/ NOEL S. HYDE
08:39:18 AM  District Court Judge

*Order Prepared By:*
Benjamin D. Johnson (10275)
KC Hooker (18018)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: ben.johnson@btjd.com; kchooker@btjd.com
*Attorneys for Alum Rock Riverside LLC*

## SECOND JUDICIAL DISTRICT COURT
## WEBER COUNTY, STATE OF UTAH

| | |
|---|---|
| MOLLY J. MULLIGAN; and JOHN P. MULLIGAN,<br><br>Plaintiffs<br><br>v.<br><br>SINGLE BOX, L.P.; SB AB WEST LOOP, L.P.; BRETT H. DEL VALLE and TRACI M. DEL VALLE, as Co-Trustees of The Del Valle Family Trust dated October 30, 2002,<br><br>Defendants. | **ORDER GRANTING ALUM ROCK RIVERSIDE, LLC'S LIMITED MOTION TO INTERVENE**<br><br>Case No. 210904774<br><br>Judge Noel Hyde |

This matter comes before the Court on Alum Rock Riverside,

LLC's ("**Alum Rock**") Limited Motion to Intervene (the "**Motion**"). No

opposition to the Motion has been filed, and the time to do so has expired. Based on the arguments submitted, the Court GRANTS the Motion. Alum Rock may intervene in this action for the limited purpose of opposing Plaintiffs Molly J. Mulligan and John P. Mulligan's Motion for Leave to File a Supplemental Complaint (the "***Motion to Supplement***"). The Court accordingly accepts Alum Rock's opposition to the Motion to Supplement (Docket No. 187) and will consider Alum Rock's arguments in relation to that motion.

**EFFECTIVE ON THE DATE THE COURT SEAL IS AFFIXED TO THE FIRST PAGE OF THIS DOCUMENT**

# CERTIFICATE OF SERVICE

I certify that on this 24th day of September, 2024, I caused a true and correct copy of the foregoing **ORDER GRANTING ALUM ROCK RIVERSIDE, LLC'S LIMITED MOTION TO INTERVENE** to be electronically filed with the Court's ECF system, which served notification to all counsel of record by the method indicated below:

| | |
|---|---|
| Bradley L. Tilt<br>FREEMAN LOVELL, PLLC<br>4568 South Highland Drive, Suite 290<br>Salt Lake City, Utah 84117<br>bradley.tilt@freemanlovell.com<br>*Attorney for Plaintiffs* | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(  ) E-Filed<br>(  ) E-Mailed<br>(X) |
| Felicia B. Canfield<br>CANFIELD LAW LLC<br>2413 Newton Avenue<br>Cody, WY 82414<br>canfieldlawllc@gmail.com<br>*Attorney for Plaintiffs* | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(  ) E-Filed<br>(  ) E-Mailed<br>(X) |
| R. Jeremy Adamson<br>Chad S. Pehrson<br>Kunzler Bean & Adamson, PC<br>50 West Broadway, 10th Floor<br>Salt Lake City, UT 84101 | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |

3

| | | |
|---|---|---|
| jadamson@kba.law | ) | E-Filed |
| cpehrson@kba.law | ( | E-Mailed |
| *Attorneys for Single Box, L.P.* | ) | |
| *and SB AB West Loop, L.P.* | (X) | |
| | ( | |
| | ) | |
| | */s/ KC Hooker* | |