2

File No. 014551

When recorded return to:
Lincoln Title Insurance Agency
4723 Harrison Boulevard, Suite 201
Ogden, UT 84403

Mail tax notice to:
Grantee
1201 Estelle Lane
Newport Beach, CA 92660

*W2261271*
#W2261271 PG 1 OF 1
ERNEST D ROWLEY, WEBER COUNTY RECORDER
03-MAY-07  346 PM  FEE $10.00 DEP VD
REC FOR: LINCOLN TITLE INSURANCE AGENCY
ELECTRONICALLY RECORDED

# SPECIAL WARRANTY DEED

**Basinview Development, LC,**                "Grantor",

hereby CONVEYS and WARRANTS against all claiming by, through, or under it to:

**Brett H. Del Valle and Traci M. Del Valle, Trustees of The Del Valle Family Trust Dated October 30, 2002,**           "Grantees",

for the sum of TEN DOLLARS and other good and valuable consideration the following described tract of land in Weber County, State of Utah:

ALL OF LOT 7, BASINVIEW ESTATES CLUSTER SUBDIVISION, WEBER COUNTY, UTAH, ACCORDING TO THE OFFICIAL PLAT THEREOF.

20-108-0007

SUBJECT TO: County and/or City taxes not delinquent; Bonds and/or Special Assessments not delinquent and Covenants, Conditions, Restrictions, Rights-of-Way, Easements, and Reservations now of Record or enforceable in law or equity.

WITNESS, the hand of said grantor, this 27 day of April, A.D. 2007.

Basinview Development, LC
By: _____
Mark A. Bates, Managing Member

STATE OF UTAH   )
              )ss.
COUNTY OF Weber )

On the 27 day of April, 2007, personally appeared before me, Mark A. Bates, who did say that he is a Managing Member of Basinview Development, LC, that the foregoing instrument was signed on behalf of said Limited Liability Company by authority of Basinview Development, LC and that he duly acknowledged to me that said Limited Liability Company executed the same.

_____
Notary Public

My Commission Expires:

Residing at:



DENISE W PAGE
NOTARY PUBLIC · STATE OF UTAH
4723 HARRISON BLVD
OGDEN, UT 84403
COMM. EXP. 11-05-2009

STATE OF UTAH   }
COUNTY OF WEBER } SS

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE DOCUMENT THAT APPEARS ON RECORD IN MY OFFICE.

WITNESS MY HAND AND SEAL
THIS 13 DAY OF January 20 25
LEANN H. KILTS, WEBER COUNTY RECORDER
BY _____ DEPUTY



STATE OF UTAH   }
COUNTY OF WEBER } SS.

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL ON FILE IN MY OFFICE

DATED THIS 19th DAY OF Feb 20 25

CLERK OF THE COURT
BY Markena Heslop DEPUTY


