8

## POSTING SUMMARY

| | | | | |
|---|---|---|---|---|
| **Bank:** | US Bank - Layton Office (153195285926) | | | |
| **File Number:** | 49967 | **Sales Price:** | $1,800,000.00 | |
| **Closer:** | Sue Anthony | **Loan Number:** | | |
| **Buyer(s):** | Molly J. Mulligan and John P. Mulligan | **Underwriter:** | Title Resources Guaranty Company - Utah | |
| | | **Est Settlement:** | 5/7/2021 | |
| **Seller(s):** | Del Valle Family Trust dated October 30, 2002 | **Actual Settlement:** | 5/7/2021 | |
| | | **Property Address:** | 1453 South Basinview Road, Huntsville, UT 84317 | |

### Receipts

| Payer | Cleared Date | Rcvd Date | Method | Status | Number | Credit | Debit |
|---|---|---|---|---|---|---|---|
| Molly J. Mulligan and John P. Mulligan | 05/06/2021 | 05/06/2021 | Wire | Received | | $1,775,896.73 | |
| | | | | | **Posted Receipts:** | | **$1,775,896.73** |

### Disbursements

| Payee | Cleared Date | Issued Date | Method | Status | Number | Credit | Debit |
|---|---|---|---|---|---|---|---|
| Axos Bank | 05/11/2021 | 05/11/2021 | Wire | Issued | | | $712,209.92 |
| Emerald Bay Capital, Inc. | 05/11/2021 | 05/11/2021 | Wire | Issued | | | $948,000.00 |
| Metro National Title | 05/11/2021 | 05/11/2021 | Check | Issued | 24952 | | $4,753.60 |
| MNT Underwriters Trust Fund | 05/26/2021 | 05/11/2021 | Check | Issued | 24953 | | $1,033.40 |
| MNT Recon Trust | 05/26/2021 | 05/11/2021 | Check | Issued | 24954 | | $95.00 |
| Elevate Home Warranty | 05/20/2021 | 05/11/2021 | Check | Issued | 24955 | | $500.00 |
| Basinview Cluster Estates HOA | 05/14/2021 | 05/11/2021 | Check | Issued | 24956 | | $2,125.00 |
| Weber County Treasurer | 05/14/2021 | 05/11/2021 | Check | Issued | 24957 | | $46,248.89 |
| Mountain Real Estate Companies, LLC | 05/11/2021 | 05/11/2021 | Check | Issued | 24958 | | $60,930.92 |
| | | | | | **Posted Disbursements:** | | **-$1,775,896.73** |
| | | | | | **Posted Balance:** | | **$0.00** |

STATE OF UTAH } SS.
COUNTY OF WEBER
I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
DATED THIS 19th DAY OF Feb 20 25
CLERK OF THE COURT
BY Markeeta Heslop DEPUTY