9



# WEBER COUNTY RECORDER
## ABSTRACT OF TITLE
### 05/11/2021

**PARCEL NUMBER:** 20-119-0007
**Prior Parcel Numbers:**
20-108-0007

| OWNER: DEL VALLE FAMILY TRUST | ADDRESS: 1201 ESTELLE LN NEWPORT BEACH CA 92660 | TAX UNIT 520 |
|---|---|---|

| LEGAL DESCRIPTION: 2007 ORIG | ACRES: 1.52 |
|---|---|
| ALL OF LOT 7, BASINVIEW ESTATES CLUSTER SUBDIVISION, 1ST AMENDMENT, WEBER COUNTY, UTAH. | |

| Grantor/Grantee | Kind of Document Consideration | Time Period Entry # | Book-Page Doc Date | Record Date | Time Release | Abstract Date Entry Ref |
|---|---|---|---|---|---|---|
| ZIONS FIRST NATL BANK | RECON | | 1367-1567 | | 04:08 | |
| CRAIG, E D | $0.00 | 821408 | 10/03/1980 | 06-OCT-1980 | 1343- 477 | |
| CRAIG, E D | TRUST DD | | 1367-1568 | | 04:09 | |
| ZIONS FIRST NATL BK | $35,000.00 | 821409 | 10/03/1980 | 06-OCT-1980 | - | |
| ZIONS FIRST NATIONAL BANK TR | PT RECONVEYANCE | | 1372- 532 | | 02:56 | |
| WEBBER, JOHN U & WF | $0.00 | 825575 | 12/03/1980 | 03-DEC-1980 | 1323- 52 | |
| ZIONS FIRST NATL BANK TR | RECON | | 1372- 533 | | 02:57 | |
| WEBBER, JOHN U & WF | $0.00 | 825576 | 11/07/1980 | 03-DEC-1980 | 1273- 286 | |
| FACKRELL, ANN SWENSON | RELEASE | | 1378-0065 | | 03:36 | |
| WEBBER, JOHN U & RUTH M | $0.00 | 831722 | 03/11/1981 | 11-MAR-1981 | 1003-0732 | |
| WILLOUGHBY, DAVID R | TRUST DD | | 1384-0437 | | 12:39 | |
| BROWN DISTRIBUTING CO ETAL | $15,000.00 | 838323 | 02/23/1981 | 22-JUN-1981 | - | |
| WEBBER, JOHN U | WD | | 1390-1262 | | 02:34 | |
| WADMAN, V JAY | $10.00 | 844791 | 09/18/1981 | 01-OCT-1981 | - | |
| WEBBER, JOHN U & WF | WD | | 1380-1264 | | 02:35 | |
| JOHN U WEBBER CO | $10.00 | 844792 | 09/18/1981 | 01-OCT-1981 | - | |
| WADMAN, V JAY ETAL | WD | | 1390-1265 | | 02:36 | |
| SUMMERHAWKS LTD ETAL | $10.00 | 844793 | 09/18/1981 | 01-OCT-1981 | - | |
| SUMMERHAWKS LTD | DEED OF TRST | | 1390-1268 | | 02:37 | |
| JOHN U WEBBER CO ETAL | $408,000.00 | 844794 | 09/18/1981 | 01-OCT-1981 | - | |
| BOARD OF COUNTY COMMISSIONER | ORDNCE | | 1394-1772 | | 11:57 | |
| WHOM IT MAY CONCERN | $0.00 | 849262 | 12/21/1981 | 22-DEC-1981 | - | |
| AHLBERG, WILLIAM D | RELEASE | | 1395-0054 | | 09:56 | |
| WEBBER, JOHN U & WF | $0.00 | 849304 | 12/19/1981 | 23-DEC-1981 | - | |
| WILLOUGHBY, DAVID R & JEAN G | QCD | | 1399-0363 | | 03:53 | |
| BROWN DISTRIBUTING | $10.00 | 853531 | 10/00/1981 | 09-MAR-1982 | - | |
| WEBBER, JOHN U & WF | RELEASE | | 1401-1669 | | 10:19 | |
| ADAMS, ALFRED W & WF | $0.00 | 856371 | 04/27/1982 | 28-APR-1982 | 1003-0733 | |
| ZIONS FIRST NATL BANK TR | RECON | | 1402-0074 | | 01:52 | |
| WEBBER, JOHN U & RUTH M | $0.00 | 856503 | 04/26/1982 | 29-APR-1982 | 1323-0052 | |
| WEBER BASIN WTR CONSERV DIST V | WATER CONTRACT | | 1405-1501 | | 01:17 | |
| SUMMERHAWKS LTD WTR | $0.00 | 860593 | 06/14/1982 | 13-JUL-1982 | - | |
| ZIONS FIRST NATIONAL BANK | RECON | | 1413-0821 | | 04:13 | |
| CRAIG, E D | $0.00 | 868216 | 11/18/1982 | 22-NOV-1982 | 1367-1568 | |
| WEBBER, JOHN U & WF | WD | | 1432-1327 | | 02:42 | |
| BROWN DISTRIBUTING CO | $10.00 | 890715 | 09/20/1983 | 21-SEP-1983 | - | |

Bates #000058

| Party 1 / Party 2 | Type / Amount | Entry # | Date 1 | Date 2 | Ref / Time |
|---|---|---|---|---|---|
| BANK OF UTAH | $80,000.00 | 898298 | 12/27/1983 | 28-DEC-1983 | - |
| BANK OF UTAH | RELEASE | | | 14-JAN-1984 | 11:27 |
| WEBBER, JOHN U & WF | $0.00 | 899767 | 01/17/1984 | 18-JAN-1984 | 1235-0810 |
| CARDON LAND TITLE CO TR | PT RECONVEYANCE | | 1467-1692 | | 11:12 |
| SUMMERHAWKS LTD ETAL | $0.00 | 937356 | 05/10/1985 | 15-MAY-1985 | 1390-1268 |
| KEITER, JOHN E TR | WD | | 1467-1756 | | 01:10 |
| SUMMERS, CLARKE C & WF | $10.00 | 937370 | 05/15/1985 | 15-MAY-1985 | - |
| SUMMERHAWKS LTD | WD | | 1467-1759 | | 01:11 |
| SUMMERS, CLARKE C & WF | $10.00 | 937371 | 05/15/1985 | 15-MAY-1985 | - |
| SUMMERS, CLARKE C & WF | DEED TRST | | 1469-0329 | | 03:03 |
| DESERET FEDERAL SV & LN ASSN | $168,750.00 | 939126 | 06/06/1985 | 06-JUN-1985 | - |
| WEBER BASIN WTR CONSERV DIST V | ORDER ON PETN | | 1471-1851 | | 04:37 |
| SUMMERS, CLARKE C & WF WTR | $99.66 | 942577 | 06/28/1985 | 18-JUL-1985 | - |
| WEBBER, JOHN U | TRUST DD | | 1480-0360 | | 01:14 |
| ZIONS FIRST NATIONAL BANK | $111,000.00 | 953779 | 10/01/1985 | 22-NOV-1985 | - |
| WEBBER, JOHN U | ASSIGN OF CONTRT | | 1480-0365 | | 01:15 |
| ZIONS FIRST NATIONAL BANK | $10.00 | 953780 | 10/01/1985 | 22-NOV-1985 | - |
| SUMMERS, CLARKE C & MARCIA H | NTC OF LIEN | | 1483-1787 | | 08:13 |
| HUGHES, BILL | $7,923.50 | 958462 | // | 22-JAN-1986 | - |
| SUMMERS, CLARKE C & MARCIA H | NTC OF LIEN | | 1486-2134 | | 12:25 |
| URE, BERT | $5,000.00 | 963036 | // | 14-MAR-1986 | - |
| CARDON LAND TITLE CO TR | PT RECONVEYANCE | | 1495-2518 | | 09:16 |
| SUMMERHAWKS LTD ETAL | $0.00 | 977430 | 06/06/1986 | 04-AUG-1986 | 1380-1268 |
| URE, BERT | REL OF LIEN | | 1497-0815 | | 03:10 |
| WHOM IT MAY CONCERN | $5,000.00 | 979676 | 08/22/1986 | 22-AUG-1986 | 1486-2134 |
| KITCHEN STUDIO | REL OF LIEN | | 1505-1673 | | 11:40 |
| WHOM IT MAY CONCERN | $7,927.50 | 992691 | 09/02/1986 | 17-DEC-1986 | 1483-1787 |
| ZIONS FIRST NATIONAL BANK | PT RECONVEYANCE | | 1505-1676 | | 11:41 |
| WEBBER, JOHN U | $0.00 | 992692 | 09/11/1986 | 17-DEC-1986 | 1480-0360 |
| ZIONS FIRST NATL BANK | PT RELEASE | | 1505-1678 | | 11:42 |
| WEBBER, JOHN U | $0.00 | 992693 | 09/11/1986 | 17-DEC-1986 | 1480-0365 |
| SUMMERHAWKS LTD | WD | | 1505-1681 | | 11:42 |
| SUMMERS, CLARKE C & WF | $10.00 | 992694 | 06/11/1986 | 17-DEC-1986 | - |
| KEITER, JOHN E TR | WD | | 1505-1681 | | 11:43 |
| SUMMERS, CLARKE C & WF | $10.00 | 992695 | 06/11/1986 | 17-DEC-1986 | - |
| SUMMERS, CLARKE C & WF | DEED OF TRST | | 1505-1682 | | 11:43 |
| MOORE FINANCIAL SERVICES INC E | $147,550.00 | 992696 | 12/11/1986 | 17-DEC-1986 | - |
| SUMMERS, CLARKE C ETAL | TRUST DD | | 1505-1687 | | 11:46 |
| CONTINENTAL BANK & TRUST CO | $30,000.00 | 992697 | 12/11/1986 | 17-DEC-1986 | - |
| CLAYSON, CRAIG D | ASGNMT | | 1506-0954 | | 03:08 |
| CITICORP HOMEOWNERS INC | $0.00 | 993964 | 12/18/1986 | 29-DEC-1986 | 1505-1682 |
| MORGAN, TERRILYN B | REQ FOR NTC | | 1509-1280 | | 12:58 |
| WHOM IT MAY CONCERN | $0.00 | 998977 | // | 11-FEB-1987 | 1505-1682 |
| DESERET FED SV & LN ASSN TR | RECON | | 1523-2253 | | 03:37 |
| SUMMERS, CLARKE C & WF | $0.00 | 1021465 | 07/17/1987 | 11-AUG-1987 | 1469-0329 |
| CITICORP MTG INC FKA | ASGNMT | | 1539-2706 | | 09:05 |
| LOMAS & NETTLETON CO | $0.00 | 1046898 | 01/29/1988 | 20-MAY-1988 | 1505-1682 |
| ZIONS FIRST NATL BK | PT RELEASE ASSIGN | | 1551-2861 | | 10:04 |
| WEBBER, JOHN U | $0.00 | 1064975 | 12/02/1988 | 07-DEC-1988 | 1480-0365 |
| ZIONS FIRST NATL BK | PT RECONVEYANCE | | 1551-2863 | | 10:05 |
| WEBBER, JOHN U | $0.00 | 1064976 | 12/02/1988 | 07-DEC-1988 | 1480-0360 |
| WEBBER, JOHN U | ASSIGN INTEREST | | 1557-2264 | | 03:20 |

Bates #000059

| Party | Amount/Type | Document # | Date | Recorded | Reference | Time |
|---|---|---|---|---|---|---|
| WEBBER, JOHN U | ROW WARRANTY DEED | | | | 1557-2275 | 03:24 |
| WADMAN, V JAY | $10.00 | 1073781 | 09/21/1978 | 27-MAR-1989 | - | |
| WEBBER, JOHN U | WD | | | | 1557-2276 | 03:29 |
| WADMAN, V JAY | $0.00 | 1073782 | 09/21/1978 | 27-MAR-1989 | - | |
| SUMMERHAWKS LTD | WD | | | | 1565-2145 | 11:40 |
| WADMAN, V JAY ETAL | $10.00 | 1085860 | 07/20/1989 | 10-AUG-1989 | - | |
| WADMAN, V JAY ETAL | WD | | | | 1565-2148 | 11:44 |
| SUMMERS, CLARKE C TR ETAL | $10.00 | 1085861 | 07/20/1989 | 10-AUG-1989 | - | |
| SUMMERS, CLARKE C ETAL | TRUST DD | | | | 1576-0695 | 03:49 |
| WEST ONE BK UT | $19,529.84 | 1101910 | 02/12/1990 | 21-FEB-1990 | - | |
| SUMMERS, CLARKE C & WF | NON ASSUMP AGRMT | | | | 1576-0699 | 03:50 |
| WEST ONE BK UT | $0.00 | 1101911 | 02/12/1990 | 21-FEB-1990 | - | |
| ZIONS FIRST NATL BANK TR | RECON | | | | 1578-0869 | 08:05 |
| WEBBER, JOHN U | $0.00 | 1105213 | 03/26/1990 | 03-APR-1990 | 1480-0360 | |
| JOHN U WEBBER CO | ASGNMT | | | | 1588-1262 | 01:30 |
| PETERSEN, JERRY TR ETAL | $0.00 | 1121698 | 10/19/1990 | 19-OCT-1990 | 1390-1268 | |
| JOHN U WEBBER CO ETAL | TRUST DD | | | | 1590-2497 | 04:31 |
| AMERICA FIRST CR UN ETAL | $100,000.00 | 1125426 | 11/28/1990 | 28-NOV-1990 | - | |
| ZIONS FIRST NATL BK | REL | | | | 1592-1918 | 02:29 |
| WEBBER, JOHN U | $0.00 | 1128555 | 12/27/1990 | 07-JAN-1991 | 1480-0365 | |
| WEBBER, JOHN U | WD | | | | 1593-0599 | 01:36 |
| WADMAN, V JAY | $10.00 | 1129569 | 01/18/1991 | 22-JAN-1991 | - | |
| WADMAN, V JAY | WD | | | | 1593-0601 | 01:38 |
| WADMAN INVESTMENT | $10.00 | 1129570 | 01/18/1991 | 22-JAN-1991 | - | |
| WADMAN, V JAY | WD | | | | 1606-0582 | 12:26 |
| WADMAN INV | $10.00 | 1149606 | 08/21/1991 | 21-AUG-1991 | - | |
| WADMAN, V JAY | WD | | | | 1606-0585 | 12:27 |
| WADMAN INV | $10.00 | 1149607 | 08/21/1991 | 21-AUG-1991 | - | |
| WEST ONE BK TR | RECON | | | | 1610-0855 | 08:15 |
| SUMMERS, CLARKE C & WF | $0.00 | 1155526 | 10/17/1991 | 22-OCT-1991 | 1576-0695 | |
| SUMMERS, CLARKE C TR | QCD | | | | 1610-1011 | 11:50 |
| SUMMERS, CLARKE C & WF | $10.00 | 1155615 | 10/21/1991 | 22-OCT-1991 | - | |
| KEITER, JOHN E TR | QCD | | | | 1610-1012 | 11:51 |
| SUMMERS, CLARKE C & WF | $10.00 | 1155616 | 10/22/1991 | 22-OCT-1991 | - | |
| SUMMERS, CLARKE C & WF | TRUST DD | | | | 1610-1013 | 11:52 |
| WEST ONE BK UT | $135,000.00 | 1155617 | 10/10/1991 | 22-OCT-1991 | - | |
| WEST ONE BK UT | REQ FOR NTC | | | | 1610-1018 | 11:53 |
| WHOM IT MAY CONCERN | $0.00 | 1155618 | // | 22-OCT-1991 | 1505-1682 | |
| SUMMERS, CLARKE C & WF | NON ASSUMP AGRMNT | | | | 1610-1020 | 11:54 |
| WEST ONE BK UT | $135,000.00 | 1155619 | 10/10/1991 | 22-OCT-1991 | - | |
| WEST ONE BK TR | RECON | | | | 1610-2995 | 08:15 |
| SUMMERS, CLARKE C & WF | $0.00 | 1156485 | 10/17/1991 | 31-OCT-1991 | 1576-0695 | |
| WEST ONE BK TR | RECON | | | | 1611-0787 | 08:29 |
| SUMMERS, CLARKE C ETAL | $0.00 | 1156884 | 10/30/1991 | 05-NOV-1991 | 1505-1687 | |
| SUMMERS, CLARKE C ETAL | QCD | | | | 1628-0660 | 08:52 |
| KEITER, JOHN E TR | $10.00 | 1179922 | 05/29/1992 | 01-JUN-1992 | - | |
| CROWTHER, MARVIN | NTC ASSMNT | | | | 1639-2597 | 02:34 |
| WHOM IT MAY CONCERN | $0.00 | 1195168 | // | 01-OCT-1992 | - | |
| PETERSEN, JERRY TR ETAL | SUB TR | | | | 1640-1080 | 09:59 |
| ASSOCIATED TITLE CO | $0.00 | 1195772 | 05/14/1992 | 07-OCT-1992 | 1588-1262 | |
| ASSOCIATED TITLE CO TR | RECON | | | | 1640-1082 | 10:01 |
| KEITER, JOHN E TR ETAL | $0.00 | 1195773 | 09/25/1992 | 07-OCT-1992 | 1390-1268 | |

Bates #000060

| Party 1 / Party 2 | Doc Type / Amount | Doc # | Date 1 | Date 2 | Ref 1 | Ref 2 |
|---|---|---|---|---|---|---|
| SUMMERS, CLARKE C | $10.00 | 1259804 | 11/11/1993 | 29-NOV-1993 | - | |
| SUMMERS, CLARKE C PN | DEED OF TRUST | | 1691-0522 | | 11:20 | |
| WEST ONE BK UT ETAL | $202,300.00 | 1259805 | 11/23/1993 | 29-NOV-1993 | - | |
| WEST ONE BK UT | SUBORD AGRMT | | 1691-0530 | | 11:22 | |
| WEST ONE BK | $0.00 | 1259806 | 11/23/1993 | 29-NOV-1993 | 1691-0522 | |
| SUMMERS, CLARKE C ETAL | QCD | | 1696-1793 | | 01:20 | |
| CLARKE C SUMMERS PN & PR SH PLI | $10.00 | 1266242 | 10/00/1993 | 30-DEC-1993 | - | |
| WEST ONE BK UT | ASGNMT | | 1700-2557 | | 12:29 | |
| MORTGAGE AUTHORITY INC | $0.00 | 1271860 | 01/03/1994 | 31-JAN-1994 | 1691-0530 | |
| MORTGAGE AUTHORITY INC | ASGNMT | | 1732-1543 | | 10:02 | |
| SOURCE ONE MTG SERV CORP | $1.00 | 1314006 | 01/17/1994 | 29-SEP-1994 | 1691-0522 | |
| WEBER COUNTY | RESOL #18-96 | | 1801-0295 | | 10:42 | |
| WHOM IT MAY CONCERN | $0.00 | 1399404 | 04/03/1996 | 12-APR-1996 | - | |
| WEBER COUNTY | RESOL #25-96 | | 1811-2786 | | 09:23 | |
| WHOM IT MAY CONCERN | $0.00 | 1413086 | 05/15/1996 | 18-JUN-1996 | - | |
| SOURCE ONE MTG SERV CORP | ASGNMT | | 1930-2820 | | 09:12 | |
| CAPSTEAD INC | $0.00 | 1547548 | 02/01/1997 | 27-MAY-1998 | 1691-522 | |
| CAPSTEAD INC | ASGNMT | | 2007-2124 | | 08:24 | |
| GMAC MTG CORP | $0.00 | 1631210 | 02/01/1999 | 28-APR-1999 | 1691-522 | |
| US BK NATL ASSOC TR FKA ETAL | RECON | | 2316-0181 | | 09:29 | |
| SUMMERS, CLARKE C ETAL | $0.00 | 1911178 | 01/16/2003 | 06-FEB-2003 | 1610-1013 | 1155617 |
| GMAC MTG CORP | SUB TR | | 2373-1436 | | 08:13 | |
| RIVERS, ROD | $0.00 | 1941533 | // | 27-MAY-2003 | 1691-522 | 1259805 |
| RIVERS, ROD TR | RECON | | 2373-1438 | | 08:13 | |
| SUMMERS, CLARKE C | $0.00 | 1941534 | // | 27-MAY-2003 | 1691-522 | 1259805 |
| WEBER BASIN CONSERV DIST | ORDR ON PETN | | 2389-0252 | | 09:35 | |
| SUMMERS, CLARKE C | $0.00 | 1949479 | 04/25/2003 | 20-JUN-2003 | - | |
| WEBER BASIN WTR CONSERV DIST | ORD ON PETN | | - | | 08:45 | |
| CLARKE C SUMMERS PENSION & PR( | $0.00 | 2017007 | 01/30/2004 | 11-MAR-2004 | - | |
| WEBER BASIN WTR CONSERV DIST | ORDR ON PETN | | - | | 08:45 | |
| CLARKE C SUMMERS PEN & PROF | $0.00 | 2017008 | 01/30/2004 | 11-MAR-2004 | - | |
| CLARKE C SUMMERS PROFIT SHARII | QCD | | - | | 04:28 | |
| SUMMERS, CLARKE C ETAL | $400,000.00 | 2098267 | 04/21/2005 | 21-APR-2005 | - | |
| WEBER COUNTY | RESOL 23-2005 | | - | | 02:31 | |
| WHOM IT MAY CONCERN | $0.00 | 2156401 | 07/12/2005 | 24-JAN-2006 | - | |
| CLARK C SUMMERS PNSN PRFT PLN | ASGNMT | | - | | 09:17 | |
| BASIN VIEW EST HOMEOWNERS ASS | $0.00 | 2193577 | 04/07/2006 | 14-JUL-2006 | 2389-252 | 2017007 |
| SUMMERS, CLARKE C ETAL | SP WD | | - | | 12:11 | |
| BASINVIEW DEV LC | $10.00 | 2193657 | 07/07/2006 | 14-JUL-2006 | - | |
| BASINVIEW DEV LC | DEED OF TRST | | - | | 12:11 | |
| SUMMERS, CLARKE C & WF ETAL | $2,990,517.95 | 2193658 | 07/07/2006 | 14-JUL-2006 | - | |
| BASINVIEW DEVL LC | DED PLAT | | - | | 02:26 | |
| WHOM IT MAY CONCERN | $0.00 | 2202617 | 08/04/2006 | 22-AUG-2006 | 64-55 | |
| BASINVIEW DEV LC ETAL | AGRMT | | - | | 02:28 | 27-JAN-2010 |
| WHOM IT MAY CONCERN | $0.00 | 2202618 | 08/04/2006 | 22-AUG-2006 | - | |
| BASINVIEW DEV LLC | AGRMT | | - | | 02:31 | |
| WHOM IT MAY CONCERN | $0.00 | 2202619 | 08/04/2006 | 22-AUG-2006 | - | |
| BASINVIEW DEV LC | DECL COV REST | | - | | 03:45 | |
| WHOM IT MAY CONCERN | $0.00 | 2203027 | 08/22/2006 | 23-AUG-2006 | - | |
| WEBER COUNTY ETAL | AMD AGRMT | | - | | 11:04 | 27-JAN-2010 |
| WHOM IT MAY CONCERN | $0.00 | 2204634 | 08/28/2006 | 30-AUG-2006 | - | |
| BASINVIEW DEVL LLC | AGRMT | | - | | 03:23 | |

Bates #000061

| Party 1 / Party 2 | Type | Amount | Doc # | Date 1 | Date 2 | Time | Ref |
|---|---|---|---|---|---|---|---|
| BASINVIEW DEV LC | SP WD | | | | | 03:46 | |
| DEL VALLE FAMLY TRST | $10.00 | | 2261271 | 04/27/2007 | 03-MAY-2007 | - | |
| DEL VALLE FAMLY TRST | DEED OF TRST | | | - | | 03:46 | |
| WELLS FARGO BK ETAL | $500,000.00 | | 2261272 | 04/25/2007 | 03-MAY-2007 | - | |
| LINCOLN TTL INS TR | PT RECON | | | - | | 09:05 | |
| BASINVIEW DEV LC | $0.00 | | 2264396 | 05/16/2007 | 17-MAY-2007 | - | 2193658 |
| WEBER COUNTY | ORDNCE 2007-24 | | | - | | 03:56 | |
| WHOM IT MAY CONCERN | $0.00 | | 2290050 | 09/04/2007 | 05-SEP-2007 | - | |
| DEL VALLE FAMILY TRUST ETAL | DED PLAT | | | 66-87 | | 03:58 | |
| WHOM IT MAY CONCERN | $0.00 | | 2290051 | 08/13/2007 | 05-SEP-2007 | - | |
| BASINVIEW DEV LC ETAL | NTC | | | - | | 04:00 | |
| WHOM IT MAY CONCERN | $0.00 | | 2290052 | 08/31/2007 | 05-SEP-2007 | - | |
| VEL VALLE FMLY TRST | WD | | | - | | 11:46 | |
| DEL VALLE FMLY TRST | $10.00 | | 2293650 | 09/18/2007 | 24-SEP-2007 | - | |
| DEL VALLE TRST | DEED OF TRST | | | - | | 12:16 | |
| CALIFORNIA NATL BK ETAL | $1,750,000.00 | | 2313274 | 12/12/2007 | 31-DEC-2007 | - | |
| DEL VALLE TRST | ASGNMT | | | - | | 12:16 | |
| CALIFORNIA NATL BK | $0.00 | | 2313275 | 12/21/2007 | 31-DEC-2007 | - | |
| WELLS FARGO BK NW TR | RECON | | | - | | 08:57 | |
| DEL VALLE TRST | $0.00 | | 2319710 | 01/15/2008 | 05-FEB-2008 | - | 2261272 |
| DEL VALLE, BRETT H | NTC COMP | | | - | | 10:47 | |
| WHOM IT MAY CONCERN | $0.00 | | 2350137 | 06/23/2008 | 25-JUN-2008 | - | |
| CALIFORNIA NATL BK | MOD AGRMT | | | - | | 12:08 | |
| DEL VALLE FAMILY TRUST | $0.00 | | 2432420 | 07/01/2009 | 31-AUG-2009 | - | 2313274 |
| US BANK NATL ASSN ETAL | MOD AGRMT | | | - | | 10:26 | |
| WHOM IT MAY CONCERN | $1,750,000.00 | | 2453101 | 10/01/2009 | 07-JAN-2010 | - | 2313274 |
| FDIC | ASGNMT | | | - | | 08:22 | 10-AUG-2010 |
| US BK NATL ASSOC | $0.00 | | 2485659 | 10/30/2009 | 10-AUG-2010 | - | |
| SCHIMMELPFENNIG, TODD | REQ FOR NTC | | | - | | 08:20 | 18-MAY-2011 |
| WHOM IT MAY CONCERN | $0.00 | | 2527425 | 05/04/2011 | 18-MAY-2011 | - | 2261272 |
| SCHIMMELPHENNIG, TODD | REQ FOR NTC | | | - | | 08:20 | 18-MAY-2011 |
| WHOM IT MAY CONCERN | $0.00 | | 2527426 | // | 18-MAY-2011 | - | 2313274 |
| DEL VALLE FMLY TRST ETAL | MOD AGRMT | | | - | | 08:06 | 19-MAY-2011 |
| WHOM IT MAY CONCERN | $0.00 | | 2527547 | 04/26/2011 | 19-MAY-2011 | - | 2313274 |
| US BANK NATL ASSN | SUB TR | | | - | | 03:06 | 29-JUN-2012 |
| WALKER, RUSSELL S | $0.00 | | 2583677 | 06/27/2012 | 29-JUN-2012 | - | 2313274 |
| WALKER, RUSSELL S | NTC OF DFLT | | | - | | 03:06 | 29-JUN-2012 |
| DEL VALLE FAMILY TRUST | $0.00 | | 2583678 | 06/29/2012 | 29-JUN-2012 | - | 2313274 |
| CHASE BK FKA ETAL | SUB TR/RECON | | | - | | 09:49 | 04-FEB-2014 |
| JPMORGAN CHASE BANK ETAL | $0.00 | | 2601884 | 10/04/2012 | 23-OCT-2012 | - | 2067446 |
| WEBER COUNTY | RESOL #27-2012 | | | - | | 10:38 | |
| WHOM IT MAY CONCERN | $0.00 | | 2610456 | 12/11/2012 | 13-DEC-2012 | - | |
| DEL VALLE, BRETT | DEED OF TRST | | | - | | 03:01 | 03-MAR-2014 |
| PRP INVESTORS FONTANA LLC ETAL | $360,009.12 | | 2677120 | 12/19/2013 | 03-MAR-2014 | - | |
| US BANK | SUB TR | | | - | | 01:10 | 05-JUN-2014 |
| HALLIDAY JR, PAUL M | $0.00 | | 2689333 | 05/29/2014 | 05-JUN-2014 | - | 2527547 |
| HALLIDAY JR, PAUL M TR | NTC OF DFLT | | | - | | 03:02 | 15-JUL-2014 |
| DEL VALLE, BRETT H ETAL | $214,000.00 | | 2692310 | 06/27/2014 | 27-JUN-2014 | - | |
| STATE OF UTAH | CERT OF CREATION | | | - | | 01:50 | 20-JAN-2015 |
| WHOM IT MAY CONCERN | $0.00 | | 2718461 | 12/01/2014 | 20-JAN-2015 | - | |
| WEBER COUNTY | AFFT | | | - | | 09:38 | |
| WHOM IT MAY CONCERN | $0.00 | | 2725109 | 03/09/2015 | 09-MAR-2015 | - | |

Bates #000062

| Party 1 / Party 2 | Doc Type / Amount | Entry # | Doc Date | Rec Date | Time | Rec Date / Ref |
|---|---|---|---|---|---|---|
| DEL VALLE FAMILY TRUST | $0.00 | 2782340 | 03/11/2016 | 11-MAR-2016 | - | 2453101 |
| STATE OF UTAH / WHOM IT MAY CONCERN | MRT DISS / $0.00 | 2795066 | // | 25-MAY-2016 | 11:23 - | 13-JUN-2016 |
| WEBER COUNTY / WHOM IT MAY CONCERN | RESOL #12-2016 / $0.00 | 2795067 | 05/10/2016 | 25-MAY-2016 | 11:24 - | 13-JUN-2016 |
| US BANK ETAL / US BANK TRUST CO ETAL | SUB TR/RECON / $0.00 | 2866077 | 06/22/2017 | 03-JUL-2017 | 12:10 - | 03-JUL-2017 / 2313274 |
| DEL VALLE FAMILY TRUST / BOFI FED BANK ETAL | DEED OF TRST / $750,000.00 | 2879566 | 09/13/2017 | 20-SEP-2017 | 09:37 - | 20-SEP-2017 |
| OGDEN VALLEY PARKS SERVICE AR / WHOM IT MAY CONCERN | ANNEX PLAT / $0.00 | 2897531 | // | 28-DEC-2017 | 12:58 - | 10-JAN-2018 |
| STATE OF UTAH / WHOM IT MAY CONCERN | CERT ANEX / $0.00 | 2897532 | 12/27/2017 | 28-DEC-2017 | 12:58 - | 10-JAN-2018 |
| OGDEN VALLEY PARKS SERVICE AR / WHOM IT MAY CONCERN | NTC BNDRY ADJUST / $0.00 | 2897533 | 12/20/2017 | 28-DEC-2017 | 12:59 - | 10-JAN-2018 |
| WEBER COUNTY / WHOM IT MAY CONCERN | RESOL 43-2017 / $0.00 | 2897534 | 10/17/2017 | 28-DEC-2017 | 12:59 - | 10-JAN-2018 |
| OGDEN VALLEY PARKS SERVICES A / WHOM IT MAY CONCERN | RESOL BNDRY ADJUST / $0.00 | 2897535 | 12/28/2017 | 28-DEC-2017 | 01:00 - | 10-JAN-2018 |
| PRP INVESTORS FONATNA LLC ETAL / PRP INVESTORS FONTANA LLC ETAL | SUB TR/RECON / $0.00 | 2931280 | 07/16/2018 | 17-JUL-2018 | 04:20 - | 17-JUL-2018 / 2677120 |
| DE VALLE FAMILY TRUST / SINGLE BOX CALI LP ETAL | TRUST DD / $9,558,800.00 | 2931281 | 07/16/2018 | 17-JUL-2018 | 04:20 - | 17-JUL-2018 |
| BASINVIEW ESTATES HOA INC / WHOM IT MAY CONCERN | AMD DECL COV / $0.00 | 2990355 | 04/16/2019 | 10-JUL-2019 | 12:53 - | 10-JUL-2019 / 2203027 |
| LINCOLN TTL INS AGENCY TR / DEL VALLE FAMILY TRUST | NTC OF DFLT / $0.00 | 2991776 | 07/18/2019 | 18-JUL-2019 | 10:55 - | 18-JUL-2019 / 2931281 |
| SINGLE BOX CALI LP / SB FB HOUSTON LP | ASGNMT OF TRST DD / $0.00 | 2991983 | 07/18/2019 | 19-JUL-2019 | 10:06 - | 19-JUL-2019 / 2931281 |
| SB FB HOUSTON LP / LINCOLN TTL INS AGENCY | SUB TR / $0.00 | 2991984 | 07/18/2019 | 19-JUL-2019 | 10:06 - | 19-JUL-2019 / 2931281 |
| FOUNDERS TTL CO / WHOM IT MAY CONCERN | AFFT / $0.00 | 3006790 | 09/27/2019 | 30-SEP-2019 | 04:04 - | 30-SEP-2019 |
| LINCOLN TTL INS AGENCY TR / DEL VALLE FAMILY TRUST | RECON / $0.00 | 3018148 | 11/22/2019 | 22-NOV-2019 | 09:24 - | 22-NOV-2019 / 2931281 |
| DEL VALLE, BRETT H ETAL / TSS ENTERPRISES INC ETAL | DEED OF TRST / $0.00 | 3066407 | 05/08/2019 | 06-JUL-2020 | 03:52 - | 06-JUL-2020 |
| SCHIMMELPFENNING, TODD / WHOM IT MAY CONCERN | REQ FOR NTC / $0.00 | 3133579 | 02/25/2021 | 10-MAR-2021 | 03:03 - | 10-MAR-2021 / 2879566 |

*04-07-2021 ABSTRACTED THROUGH*

**\*\*\* RUN DATE: May 11, 2021, 11:23 an \*\*\***   **\*\*\* END OF ABSTRACT \*\*\***

Bates #000063