10


*W3151874*

Mail Tax notice to:
Grantee
51 Chestnut Avenue
Clarendon Hills, IL 60514
MNT File No.: 49967
Tax ID No.: 20-119-0007

E# 3151874 PG 1 OF 3
Leann H. Kilts, WEBER COUNTY RECORDER
11-May-21 1215 PM  FEE $40.00 DEP DAC
REC FOR: METRO NATIONAL TITLE
ELECTRONICALLY RECORDED

DB  BST
NP
CM
ds

# WARRANTY DEED

Brett H. Del Valle and Traci M. Del Valle, as Co-Trustees of the Del Valle Family Trust dated October 30, 2002

**GRANTOR** of Newport Beach, State of California, hereby CONVEYS and WARRANTS TO:

Molly J. Mulligan and John P. Mulligan, wife and husband, as joint tenants

**GRANTEE** of 51 Chestnut Avenue, Clarendon Hills, IL 60514 for the sum of TEN AND 00/100'S DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION, the following described tract of land in Weber County, State of Utah:

Lot 7, BASINVIEW ESTATES CLUSTER SUBDIVISION 1ST AMENDMENT, according to the official plat thereof on file and of record in the office of the Weber County Recorder.

Together with a right of use for an easement for ingress and egress over and across Basinview Road (a private road), as shown on the official dedicated plat, to and from said Lot to a physically open and legally dedicated public street.

**SUBJECT TO:** County and/or City Taxes not delinquent; Bonds and/or Special Assessments not delinquent and Covenants, Conditions, Restrictions, Rights-of-Way, Easements, Leases and Reservations now of Record.

STATE OF UTAH } SS.
COUNTY OF WEBER

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
DATED THIS 19th DAY OF Feb 20 25
CLERK OF THE COURT
BY Markera Hoslop  DEPUTY



Warranty Deed                                                                 Page 1

WITNESS, the hand(s) of said grantor(s), May __10__ 2021.

_[signature]_
Brett H. Del Valle, Co-Trustee of the Del Valle
Family Trust dated October 30, 2002

_[signature]_
Traci M. Del Valle, Co-Trustee of the Del Valle
Family Trust dated October 30, 2002

State of __CALIFORNIA__, County of __ORANGE__ )ss:

On __MAY 10th, 2021__ personally appeared before me Brett H. Del Valle and Traci M. Del Valle, who upon being duly sworn (or affirmed) upon oath that they did sign the foregoing instrument with authority as granted in the capacity as Co-Trustees of the Del Valle Family Trust dated October 30, 2002, and that the said Brett H. Del Valle and Traci M. Del Valle, duly acknowledged to me that they executed the same.

— _Please see Attached_ —
Notary Public

Warranty Deed

Page 2

STATE OF UTAH
COUNTY OF WEBER } ss
I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE DOCUMENT THAT APPEARS ON RECORD IN MY OFFICE.

E# 3151874 PG 3 OF 3

WITNESS MY HAND AND SEAL
THIS 13 DAY OF January 20 25
LEANN H. KILTS, WEBER COUNTY RECORDER
BY SD DEPUTY

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of ORANGE

On MAY 10th, 2021 before me, Chavon Kane, Notary Public,
     Date                                    Here Insert Name and Title of the Officer
personally appeared BRETT H. DEL VALLE AND TRACI M. DEL VALLE
                                           Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal: CHAVON KANE, COMM...2213310, NOTARY PUBLIC-CALIFORNIA, ORANGE COUNTY, My Term Exp. October 5, 2021]

Signature _____
              Signature of Notary Public

---

Place Notary Seal Above

——— OPTIONAL ———
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: WARRANTY DEED     Document Date: _____
Number of Pages: 2     Signer(s) Other Than Named Above: NONE

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

[Seal: COUNTY RECORDER, STATE OF UTAH, WEBER COUNTY]