**11**

*W3156191*

WHEN RECORDED MAIL TO:
Metro National Title
1597 North Woodland Park Drive #100B
Layton, Utah 84041
MNT File No.: 49967        ds
Tax ID No.: 20-119-0007  BT         ds

E# 3156191   PG 1 OF 1
Leann H. Kilts, WEBER COUNTY RECORDER
26-May-21  0116 PM     FEE $40.00 DEP PC\
REC FOR: METRO NATIONAL TITLE
ELECTRONICALLY RECORDED

### DEED OF FULL RECONVEYANCE

METRO NATIONAL TITLE, a Utah corporation, as trustee under that certain deed of trust securing the obligations of the Trustor:

Brett H. Del Valle and Traci M. Del Valle

Recorded July 6, 2020 as Entry No. 3066407, of the records of the County Recorder of Weber County, Utah pursuant to written request of the beneficiary thereunder, does hereby reconvey, without warranty, to the persons legally entitled thereto, the trust property now held by it as trustee under said deed of trust covering real property situate in Weber County, Utah, described as follows:

Lot 7, BASINVIEW ESTATES CLUSTER SUBDIVISION 1ST AMENDMENT, according to the official plat thereof on file and of record in the office of the Weber County Recorder.

Together with a right of use for an easement for ingress and egress over and across Basinview Road (a private road), as shown on the official dedicated plat, to and from said Lot to a physically open and legally dedicated public street.

Date:  5/21/2021

Metro National Title, Trustee

By: Blake T. Heiner, Vice President

STATE OF Utah,     County of Salt Lake: ss

On  5/21/2021  personally appeared before me Blake T. Heiner, who being by me duly sworn, did say that such person is the Vice President of METRO NATIONAL TITLE, a Utah Corporation, and that said instrument was signed on behalf of said Corporation by authority of its by-laws and the said Blake T. Heiner acknowledged to me that the said Corporation executed the same.

Notary Public

Notary Public - State of Utah
CAMILLA TRILLO
Comm. #710892
My Commission Expires
March 26, 2024

STATE OF UTAH }
COUNTY OF WEBER } SS

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE DOCUMENT THAT APPEARS ON RECORD IN MY OFFICE.

WITNESS MY HAND AND SEAL
THIS 3 DAY OF January 20 25
LEANN H. KILTS, WEBER COUNTY RECORDER
BY _____ DEPUTY

STATE OF UTAH } SS.
COUNTY OF WEBER }

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL ON FILE IN MY OFFICE.

DATED THIS 19th DAY OF Feb 20 25

CLERK OF THE COURT

BY Mankeea Heslop DEPUTY

