**12**



```
*W3160813*
E# 3160813  PG 1 OF 1
Leann H. Kilts, WEBER COUNTY RECORDER
14-Jun-21  0322 PM      FEE $40.00 DEP TN
REC FOR: FIRST AMERICAN TITLE
ELECTRONICALLY RECORDED
```

AFTER RECORDING, RETURN TO:
First American Title Insurance Company
10011 S. Centennial Parkway #340
Sandy, UT 84070
Reference Number: 70184957



MERS MIN: 100735900033919219; 888-679-MERS

## FULL RECONVEYANCE

First American Title Insurance Company, authorized to conduct business in the State of Utah, pursuant to a written request of the Beneficiary thereunder, does hereby reconvey, without warranty, to the person or persons entitled thereto, the trust property now held by it as Trustee under said Trust Deed, which Trust Deed covers real property situated in Weber County, State of Utah, described as follows:

Trustor(s): Brett H Del Valle and Traci M Del Valle Trustees of The Del Valle Family Trust Dated October 30 2002

Beneficiary: Mortgage Electronic Registration Systems, Inc. as nominee for Axos Bank Formerly Known As BofI Federal Bank, its successors and assigns

Recording Date: 9/20/2017   Entry #: 2879566   Book:N/A   Page: N/A

Legal Description:

All of Lot 7, Basinview Estates Cluster Subdivision 1st Amendment, Weber County, Utah, according to the Official Plat thereof.

Tax ID Number: 20-119-0007   ds   DB   BST

In Witness Whereof, First American Title Insurance Company, as Trustee, has caused its Company name to be hereto affixed this 6/14/2021.

First American Title Insurance Company

By _Lori Whitehead_
Lori Whitehead, Authorized Agent

State of UT            )
County of Salt Lake    )

On this 6/14/2021, personally appeared before me Lori Whitehead, who being duly sworn, did say that he is an Authorized Agent, and that said instrument was signed in behalf of said Company.



COURTNEY PAYNE
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 10/05/2024
Commission #714517

Courtney Payne - Notary Public
Commission Number: 714517
Commission Expires: 10/5/2024



STATE OF UTAH       }
COUNTY OF WEBER     } SS
I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE DOCUMENT THAT APPEARS ON RECORD IN MY OFFICE.
WITNESS MY HAND AND SEAL
THIS 13 DAY OF January 20 25
LEANN H. KILTS, WEBER COUNTY RECORDER
BY _SD_                    DEPUTY

STATE OF UTAH     } SS.
COUNTY OF WEBER   }
I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
DATED THIS 19th DAY OF Feb 20 25
_____ CLERK OF THE COURT
BY _Markeya Heslop_ DEPUTY

