13

Benjamin D. Johnson (10275)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: ben.johnson@btjd.com

*Attorneys for Plaintiff*

STATE OF UTAH
COUNTY OF Salt Lake
I hereby certify that the document to which this certificate is attached is a full, true and correct copy of the original filed in the Utah State Courts
WITNESS my hand and seal
this 15th day of January, 20___
DISTRICT JUVENILE COURT
_____ EH CLERK

## IN THE THIRD JUDICIAL DISTRICT COURT

## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| ALUM ROCK RIVERSIDE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PRP INVESTORS MADISON, LLC, a California limited liability company, and BRETT DEL VALLE, an individual, and DOES 1 through 50 inclusive,<br><br>Defendants. | **APPLICATION FOR WRIT OF EXECUTION**<br><br>Case No. 206927043<br><br>Judge Adam Mow |

Judgment Creditor, by and through counsel, states as follows:

(1) On October 23, 2021, a judgment against debtor Brett Del Valle was entered in the amount of $4,338,964.45.

(2) The amount due is:

| Amount of Original Judgment | $4,338,964.45 |
|---|---|
| Pre-Judgment Interest | $0.00 |
| Post-Judgment Interest | TBD |
| Cost to file Application for Writ | $50.00 |

| Cost to serve this Writ | $75.00 |
| --- | --- |
| Filing and Service Fees for other Writs (Attach receipts.) | $0.00 |
| Subtotal | $4,339,089.45 |
| Less Payments Made | $0.00 |
| Total Amount Due | $4,339,089.45 |

(3)   The judgment debtor is:

| Name | Brett Del Valle |
| --- | --- |
| Address | 417 29th Street<br>Newport Beach, CA 92663<br>--or--<br>1201 Estelle Lane<br>Newport Beach, CA 92660-4904 |
| Social security number (Last 4 digits only, if known) | xxx-xx-2003 |
| Driver's license number and state of issuance (Last 4 digits only, if known) | N8067219 |
| Year and month of birth (if known) | 12/1961 |

(4)   I request that a Writ of Execution be issued directing the Sheriff or Constable to seize and sell enough of the judgment debtor's property described below to satisfy the judgment. I request that the Writ be served on the debtor and on the people named in Paragraphs (5) and (6), along with the attached forms.

(5)   I request that the Writ of Execution direct the Sheriff or Constable to seize and sell the debtor's following personal property:

| Description | Location | Estimated Value | Name & address of anyone other than debtor claiming an interest |
| --- | --- | --- | --- |
|  |  |  |  |

(6)   I request that the Writ of Execution direct the Sheriff to seize and sell the debtor's following real property.

Application for Writ of Execution     Approved Board of District Court Judges June 12, 2009     Page 2 of 3
Revised April 6, 2015

| Property Description or Address | Estimated Value | Name and address of anyone other than debtor claiming an interest |
|---|---|---|
| 1453 S. Basinview Road, Huntsville, Utah 84317<br><br>Parcel No. 20-119-0007<br><br>Legal: Lot 7, BASINVIEW ESTATES CLUSTER SUBDIVISION 1ST AMENDMENT | $1,800,000.00 | Molly J. Mulligan<br>John P. Mulligan<br>51 Chestnut Avenue<br>Clarendon Hills, IL 60514 |

I have not included any non-public information in this document.

I declare under penalty of Utah Code Section 78B-5-705 that everything stated in this document is true and correct.

Date _____ 6/22/2021 _____ Sign here ▶ _____ /s/ Benjamin D. Johnson _____

Typed or printed name _____ Benjamin D. Johnson, Attorneys for Plaintiff _____