**14**

The Order of the Court is stated below:
Dated: June 22, 2021 /s/ JOHN PEARCE
12:41:19 PM District Court Clerk

Benjamin D. Johnson (10275)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: ben.johnson@btjd.com

*Attorneys for Plaintiff*

STATE OF UTAH
COUNTY OF Salt Lake
I hereby certify that the document to which this certificate is attached is a full, true and correct copy of the original filed in the Utah State Courts
WITNESS my hand and seal
this 13th day of January
20___
DISTRICT JUVENILE COURT
EA CLERK

# IN THE THIRD JUDICIAL DISTRICT COURT

# IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| ALUM ROCK RIVERSIDE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PRP INVESTORS MADISON, LLC, a California limited liability company, and BRETT DEL VALLE, an individual, and DOES 1 through 50 inclusive,<br><br>Defendants. | **WRIT OF EXECUTION**<br><br>Case No. 206927043<br><br>Judge Adam Mow |

To the SHERIFF OR CONSTABLE:

(1) A judgment has been entered against the judgment debtor. After calculation of interest, costs and payments, the judgment debtor owes $4,339,089.45.

(2) You are directed to seize and sell enough of the judgment debtor's non-exempt property described in Paragraphs (5) and (6) of the Application for Writ of Execution to satisfy that amount.

(3) You are directed to serve this Writ and all attachments on the debtor and on the people named in Paragraphs (5) and (6) of the Application for Writ of Execution.

(4)  You are to return this Writ within 10 days after receiving it, with a signed account of your actions in executing this Writ.

**HEREBY ENTERED BY THE COURT**

**Effective on the Date When the Court Stamp Is Affixed to the First Page of this Document**