# EXHIBIT 10
## (Denial of Petition for Rehearing)

The Order of the Court is stated below:
Dated: August 21, 2024    /s/ JILL M. POHLMAN
02:55:42 PM    Justice

## IN THE SUPREME COURT OF THE STATE OF UTAH

---o0o---

| | |
|---|---|
| Molly J. Mulligan and John P. Mulligan, Appellants, v. Alum Rock Riverside, LLC, PRP Investors Madison, LLC, and Brett Del Valle, Appellees. | ORDER<br><br>Appellate Case No. 20221024-SC |

---o0o---

This matter is before the Court upon Appellants' Petition for Rehearing, filed on August 1, 2024.

IT IS HEREBY ORDERED that pursuant to Rule 35 of the Utah Rules of Appellate Procedure, the Petition for Rehearing is denied.

**End of Order - Signature at the Top of the First Page**