# EXHIBIT 15
## (Notice of In Person Oral Argument)

SECOND JUDICIAL DISTRICT - OGDEN DISTRICT COURT

WEBER COUNTY, STATE OF UTAH

| | |
|---|---|
| MOLLY J MULLIGAN    et al., <br> Plaintiff, <br><br> vs. <br> SINGLE BOX LP    et al., <br> Defendant. | NOTICE OF <br> IN PERSON ORAL ARGUMENT <br><br> Case No: 210904774 PR <br> Judge: NOEL S HYDE <br> Date: October 18,2024 |

**In-person Appearance for**

**IN PERSON ORAL ARGUMENT is scheduled.**

    Date: 11/26/2024

    Time: 11:00 a.m.

    Location: 3rd Floor Southeast

    Before Judge: NOEL S HYDE

    SECOND DISTRICT COURT

    2525 GRANT AVENUE

    OGDEN, UT 84401

This time is set for Oral Argument to address the Plaintiff's motion to file a supplemental complaint. The time allowed is 30 minutes.

        October 18,2024        /s/ KAREN CROCKETT

Date: _____    _____

                                                               District Court Deputy Clerk

UCJA Rule 4-401.02: court proceedings, including electronic proceedings, may NOT be recorded, photographed, or transmitted. Failure to comply with this prohibition may be treated as contempt of court, punishable by fine and time in jail.

    * The court will provide an interpreter upon request. If you need an interpreter, pleaase notify the court at (801) 395-1022 five days before the hearing.

    * El tribunal proveerá un intérprete si lo solicita. Si usted necesita un intérprete, por favor notifique al tribunal llamando al número (801) 395-1022 cinco días antes de la audiencia.

Individuals needing special accommodations (including auxiliary communicative aids and services) should call Shannon Treseder at 801-395-1100 three days prior to the hearing. For TTY service call Utah Relay at 800-346-4128.

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 210904774 by the method and on the date specified.

EMAIL: ROBERT ADAMSON JADAMSON@KBA.LAW

EMAIL: FELICIA CANFIELD CANFIELDLAWLLC@GMAIL.COM

EMAIL: CHAD PEHRSON CPEHRSON@KBA.LAW

EMAIL: BRADLEY TILT BRADLEY.TILT@FREEMANLOVELL.COM

Date: __10/18/2024__　　　　/s/ KAREN CROCKETT
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Signature