# EXHIBIT 18
## (January 17, 2025 Email)

| | |
|---|---|
| From: | Schamber,Blair <bschamber@webercountyutah.gov> |
| Sent: | Friday, January 17, 2025 8:05 AM |
| To: | Bradley Tilt |
| Cc: | Ben Johnson; KC Hooker; Felicia Canfield |
| Subject: | RE: [EXTERNAL] INJUNCTION - Alum Rock sale scheduled for January 16, 2025 or January 21, 2025 |
| Attachments: | Notice of Sale Template.pdf |

This will be posted.

*Blair Schamber*
**Weber County Sheriff's Office**
**Lead Clerk**
**Civil Division**
**Office**: 801-778-6600



**From:** Schamber,Blair
**Sent:** Thursday, January 16, 2025 7:02 PM
**To:** Bradley Tilt <bradley.tilt@freemanlovell.com>; Schamber,Blair <bschamber@webercountyutah.gov>
**Cc:** Ben Johnson <ben.johnson@btjd.com>; KC Hooker <kchooker@btjd.com>; Felicia Canfield <canfieldlawllc@gmail.com>
**Subject:** RE: [EXTERNAL] INJUNCTION - Alum Rock sale scheduled for January 16, 2025 or January 21, 2025

Received and confirmed all is correct below.
Thanks,

*Blair Schamber*
**Weber County Sheriff's Office**
**Lead Clerk**
**Civil Division**
**Office**: 801-778-6600



1

**From:** Bradley Tilt <bradley.tilt@freemanlovell.com>
**Sent:** Wednesday, January 15, 2025 5:33 PM
**To:** records,civil <civil@webercountyutah.gov>
**Cc:** Ben Johnson <ben.johnson@btjd.com>; KC Hooker <kchooker@btjd.com>; Felicia Canfield <canfieldlawllc@gmail.com>
**Subject:** [EXTERNAL] INJUNCTION - Alum Rock sale scheduled for January 16, 2025 or January 21, 2025

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

You don't often get email from bradley.tilt@freemanlovell.com. Learn why this is important

Weber County Sheriff's Office - Civil Division:

As you know, Alum Rock Riverside, LLC (whose attorneys are Ben Johnson and KC Hooker, both of whom are copied on this email) has caused your office to schedule a Sheriff's Sale of certain real property that is identified in the attached court orders - initially for January 16, 2025, which it is my understanding from your office was then rescheduled instead to January 21, 2025.

You are hereby advised that Utah's Second Judicial District Court, Weber County, the Honorable Judge Noel S. Hyde presiding (the "Court"), has entered a Temporary Restraining Order to restrain and stop either and both of the above-referenced sales. A copy of that entered TRO is attached hereto.

You are further advised that the Court also yesterday issued an oral ruling granting a further preliminary injunction - in other words, such that the temporary nature of the TRO is no longer temporary and the Alum Rock sale is fully restrained and enjoined without temporal limitation or end. The written Preliminary Injunction order has not yet been entered, but a copy of the proposed Order and Preliminary Injunction is attached hereto.

Additionally, and in any event, it was my understanding that during yesterday's preliminary injunction hearing that attorney Ben Johnson represented to the Court that Alum Rock's Sheriff's Sale (each, either, and/or both January 16, 2025 and January 21, 2025) have been cancelled in light of the Court's entry of the TRO that is attached hereto.

I ask you to please confirm back to me by a "reply all" email (so that Messrs. Johnson and Hooker, and so that my colleague attorney Canfield who also is copied on this email all will be on the same page with the same communication and confirmation):

1. That you have received this email and its two above-referenced attachments (the entered TRO and the proposed Order and Preliminary Injunction);
2. That the January 16, 2025 sale has been and is cancelled;
3. That the January 21, 2025 sale has been and is cancelled;
4. That there is not presently any other or additional notice of sale for the real property that is described in the attached documents; and
5. That there is not presently pending any request for any new, other, and/or additional notice of sale for the real property that is described in the attached documents.

Thank you in advance for your anticipated prompt cooperation and confirmation.

Call if questions.



freeman | lovell
BUSINESS & REAL ESTATE LAWYERS

**Bradley L. Tilt  /  Partner**

bradley.tilt@freemanlovell.com

cell: 801-244-0296


**Freeman | Lovell, PLLC**

4568 S Highland Drive, Suite 290

Salt Lake City, Utah 84117

office: 385-355-4826

https://protect.checkpoint.com/v2/r01/___www.freemanlovell.com___.YzJ1OndlYmVyY291bnR5OmM6bzo5MmJlNDgwZGEzNjE2NTg0YjAzNmU3MDIwOTAxY2Q4ZTo3OjJmMGU6YzhiODk3OTk5OGZlNmM4NTJmZGE4NzRhZGFiMmM5NWY4M2Q5MGU3M2ZjYmUzNTM4ZDM0NzAxOWRiNDJiMDQ2Njp0OlQ6Rg

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (385) 355-4826 and delete the original. Thank you.

Circular 230 Disclaimer: To ensure compliance with Treasury Regulations governing written tax advice, please be advised that any tax advice included in this communication, including any attachments, is not intended, and cannot be used, for the purpose of avoiding any federal tax penalty, or promoting, marketing, or recommending any transaction or matter to another person.

RYAN ARBON, SHERIFF
AARON PERRY, CHIEF DEPUTY
PHILLIP REESE, CHIEF DEPUTY
JOSH GARD, CHIEF DEPUTY

# Weber County Sheriff's Office
## Notice of Sale
## Real Property

Date of Sale: **January 21st 2025**

Time of Sale: 12:00 p.m.

Place of Sale: Ogden Second District Court – Front Steps
2525 Grant Avenue, Ogden, Utah

**CANCELLED**

**Legal Description of Sale Property:**

**Street Address:** 1453 S. Basinview Rd. Huntsville, Utah 84317

**Legal Description:** ALL OF LOT 7, BASINVIEW ESTATES CLUSTER SUBDIVISION, 1ST AMENDMENT, WEBER COUNTY, UTAH

Parcel No. **20-119-0007**



801-778-6600 Enforcement / 801-778-6700 Corrections / 1400 Depot Drive, Ogden Utah 84404
www.webercountyutah.gov/Sheriff