Benjamin D. Johnson (10275)
KC Hooker (18018)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: ben.johnson@btjd.com;
kchooker@btjd.com
*Attorneys for Defendant Alum Rock Riverside, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| MOLLY J. MULLIGAN; and JOHN P. MULLIGAN, <br><br> Plaintiffs, <br><br> v. <br><br> ALUM ROCK RIVERSIDE, LLC, a California limited liability company; BRETT H. DEL VALLE and TRACI M. DEL VALLE as Co-Trustees of the Del Valle Family Trust dated October 30, 2002, <br><br> Defendants. | **STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT ALUM ROCK RIVERSIDE, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> Case No. 1:25-cv-00008-DAK-CMR <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Cecilia M. Romero |

Pursuant to Local Rule of Civil Procedure for the District of Utah 7-1(a)(2)(A), Defendant Alum Rock Riverside, LLC ("*Defendant*") and Plaintiffs Molly J. Mulligan and John P. Mulligan ("*Plaintiffs*"), through their respective counsel, hereby stipulate and agree to move the Court for an order extending the time for Defendant to file its reply in support of Defendant's Motion to Dismiss [ECF No. 14] (the "*Motion*") from April 2, 2025 to **April 11, 2025**.

This is the first request to extend the briefing deadlines relating to the Motion. A proposed Order Granting the Stipulated Motion to Extend Time for Defendant Alum Rock Riverside, LLC to File Reply in Support of Motion to Dismiss is submitted concurrently herewith for the Court's consideration.

DATED this 31st day of March, 2025.

BENNETT TUELLER JOHNSON & DEERE

/s/ KC Hooker
Benjamin D. Johnson
KC Hooker
*Attorneys for Defendant Alum Rock Riverside, LLC*

DATED this 31st day of March, 2025.

CANFIELD LAW LLC

*/s/ Felicia B. Canfield\**
Felicia B. Canfield

Bradley L. Tilt
FREEMAN LOVELL, PLLC

*Attorneys for Plaintiffs*
*(\*executed electronically with express permission from Felicia B. Canfield)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2025, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT ALUM ROCK RIVERSIDE, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** to be electronically filed with the Court ECF system which served notification upon counsel of record as follows:

> Bradley L. Tilt
> FREEMAN LOVELL, PLLC
> 4568 South Highland Drive, Suite 290
> Salt Lake City, UT 84117
> bradley.tilt@freemanlovell.com
>
> Felicia B. Canfield
> CANFIELD LAW LLC
> 2413 Newton Ave
> Cody, WY 82414
> canfieldlawllc@gmail.com

*/s/ Angelica Torres*