Benjamin D. Johnson (10275)
KC Hooker (18018)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: ben.johnson@btjd.com;
kchooker@btjd.com
*Attorneys for Defendant Alum Rock Riverside, LLC*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

---

| | |
|---|---|
| MOLLY J. MULLIGAN; and JOHN P. MULLIGAN, <br><br> Plaintiffs, <br><br> v. <br><br> ALUM ROCK RIVERSIDE, LLC, a California limited liability company; BRETT H. DEL VALLE and TRACI M. DEL VALLE as Co-Trustees of the Del Valle Family Trust dated October 30, 2002, <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT ALUM ROCK RIVERSIDE, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> Case No. 1:25-cv-00008-DAK-CMR <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Cecilia M. Romero |

This matter came before the Court on the Stipulated Motion to Extend Time for Defendant Alum Rock Riverside, LLC ("**Defendant**") to File Reply in Support of Motion to Dismiss (the "**Motion**") filed by Defendant and Plaintiffs Molly J. Mulligan and John P. Mulligan. Having considered the Motion, and for good causing appearing, the Court hereby ORDERS as follows:

The Motion is GRANTED. Defendant's deadline to file its reply in support of Defendant's Motion to Dismiss is extended from April 2, 2025 to **April 11, 2025**.

DATED this _____ day of March, 2025.

BY THE COURT:

_____

DALE A. KIMBALL
United States District Judge