Bradley L. Tilt (Utah Bar No. 07649)
FREEMAN LOVELL, PLLC
4568 S Highland Drive, Suite 290
Salt Lake City, Utah 84117
office: 385-355-4826
bradley.tilt@freemanlovell.com
*Attorneys for Plaintiffs*

Felicia B. Canfield (Utah Bar No. 09686)
CANFIELD LAW LLC
2413 Newton Avenue
Cody, WY 82414
Office: (307) 228-5986
canfieldlawllc@gmail.com
*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MOLLY J. MULLIGAN; and JOHN P. MULLIGAN, <br><br> Plaintiffs <br><br> v. <br><br> ALUM ROCK RIVERSIDE, LLC, a California limited liability company; Brett H. Del Valle and Traci M. Del Valle as Co-Trustees of the Del Valle Family Trust dated October 30, 2002 <br><br> Defendants. | **NOTICE OF FILING OF AND INTENT TO RELY UPON CERTIFIED COPY OF TRANSCRIPT FROM STATE COURT TELEPHONE CONFERENCE HELD ON MARCH 11, 2025** <br><br> Case No. 1:25-cv-00008-DA <br><br> Assigned Judge: Dale A. Kimball |

This above-captioned case was originally filed in the Second Judicial District Court, Ogden District, Weber County, State of Utah, as Case No. 240908957 (the "**State Court**"). On January 14, 2025, an evidentiary hearing was held in the State Court (the "**Hearing**") on a motion of the above-named Plaintiffs (who also were Plaintiffs in the State Court) Molly J.

Mulligan and John P. Mulligan (collectively "**Mulligans**") seeking a preliminary injunction to prevent a foreclosure of Mulligans' real property by the above-named Defendant (who also was a Defendant in the State Court) Alum Rock Riverside, LLC ("**Alum Rock**").  After that Hearing, at which a ruling was issued orally from the bench by and in the State Court, but before that oral ruling could be reduced to writing, Alum Rock filed in this above-named federal court its *Notice of Removal* on January 23, 2025 (Docket No. 2 herein, the "**Alum Rock Removal**").

After the Alum Rock Removal, on March 11, 2025, the State Court held a telephone conference with both counsel of record.  The undersigned legal counsel for Mulligans ordered a transcript of that telephone conference, which the State Court completed and filed in the State Court's case file on April 3, 2025 (Docket No. 67 therein, referred to hereinafter as the "**Telephone Conference Transcript**").

Because that Telephone Conference Transcript was not on file in the State Court at the time of the Alum Rock Removal, that Telephone Conference Transcript was not included with the State Court materials filed by Alum Rock in this above-named federal court.

Accordingly, pursuant to 28 U.S.C. §§ 1446, 1447(b) (calling for filing with the federal district court clerk "copies of all record and proceedings" of the state court case which was removed to federal court), & 1449 (noting "party is entitled to copies of the records and proceedings in any suit or prosecution in State court [which is removed to federal court], to be used in any district court of the United States" and stating federal court "proceedings, trial, and judgment may be had in such [United States] district court, and all such process awarded, as if certified copies had been filed in the [United States] district court"), DUCivR 81-2, F.R.Civ.P. 65, Utah R. Civ. P. 65A, and otherwise, Mulligans hereby provide and file herewith, and as

1

"**Exhibit 1**" hereto, a certified copy obtained from the State Court of that Telephone Conference Transcript.

Without limitation of any kind upon any of the foregoing, Mulligans also and further hereby provide notice of their intent to use and rely upon in this above-captioned case all contents of and all materials referenced in the State Court Telephone Conference Transcript of which a certified copy is Exhibit 1 hereto.

DATED April 10, 2025              FREEMAN LOVELL, PLLC
                                                        /s/ Bradley L. Tilt
                                                        Bradley L. Tilt
                                                        *Attorneys for Mulligans*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2025 I caused true and correct copies of the foregoing **NOTICE OF FILING OF AND INTENT TO RELY UPON CERTIFIED COPY OF TRANSCRIPT FROM STATE COURT TELEPHONE CONFERENCE HELD ON MARCH 11, 2025** to be served in the manner indicated below to the following-listed parties at their respective addresses listed below:

| | |
|---|---|
| Benjamin D. Johnson<br>KC Hooker<br>BENNETT TUELLER JOHNSON & DEERE<br>3165 East Millrock Drive, Suite 500<br>Salt Lake City, UT 84121<br>ben.johnson@btjd.com<br>kchooker@btjd.com<br>*Attorneys for Defendant Alum Rock Riverside, LLC* | _____Hand Delivery<br>_____First Class, United States Mail, Postage Prepaid<br>_____E-filing via GreenFiling<br>__X__E-filing via CM/ECF<br>_____Email<br>_____Other:<br>_____ |
| Felicia B. Canfield<br>CANFIELD LAW LLC<br>2413 Newton Avenue<br>Cody, WY 82414<br>canfieldlawllc@gmail.com<br>*Attorneys for Plaintiffs* | _____Hand Delivery<br>_____First Class, United States Mail, Postage Prepaid<br>_____E-filing via GreenFiling<br>__X__E-filing via CM/ECF<br>_____Email<br>_____Other:<br>_____ |

                                                    /s/ Bradley L. Tilt