```
 1              SECOND JUDICIAL DISTRICT - OGDEN DISTRICT COURT

 2                       WEBER COUNTY, STATE OF UTAH

 3       _____
                                    )
 4       MOLLY J. MULLIGAN, et al., ) Case No. 240908957
                                    )
 5                 Plaintiffs,      )
                                    ) TRANSCRIPT OF:
 6       v.                         ) TELEPHONE CONFERENCE
                                    )
 7       ALUM ROCK RIVERSIDE LLC, et)
         al,                        )
 8                                  )
                   Defendants.      )
 9       _____

10
                   BEFORE THE HONORABLE NOEL S. HYDE
11

12                         OGDEN DISTRICT COURT
                            2525 GRANT AVENUE
13                            COURTROOM #3C
                           OGDEN, UTAH 84401
14

15                           MARCH 11, 2025
```

STATE OF UTAH } SS.
COUNTY OF WEBER
I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
DATED THIS 7TH DAY OF April 20 25
CLERK OF THE COURT
BY Harkera Heslop DEPUTY

```
 1                    A P P E A R A N C E S

 2
     For the Plaintiffs:
 3
             Bradley Tilt
 4           FREEMAN LOVELL PLLC
             4568 South Highland Drive
 5           Suite 290
             Salt Lake City, Utah 84117
 6

 7   For the Defendants:

 8           Benjamin Johnson
             BENNETT, TUELLER, JOHNSON & DEERE, LLC
 9           3165 Millrock Drive
             Suite 500
10           Salt Lake City, Utah 84121

11

12                         -ooOoo-

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         March 11, 2025
 2                       P R O C E E D I N G S
 3
 4         THE COURT:  All right, thank you.  And counsel, I
 5   appreciate your appearances.
 6         This is Mulligan versus Alum Rock Riverside, case
 7   number 240908957.  Counsel, please note your appearances for
 8   your respective clients.
 9         MR. TILT:  Bradley Tilt, Your Honor, for the
10   Mulligans.
11         MR. JOHNSON:  This is Ben Johnson for Alum Rock
12   Riverside.
13         THE COURT:  Thank you, counsel.
14         I set this hearing upon receipt of the request to
15   submit, which deals with the proposed order and injunction that
16   were the subject of the prior hearing.  I have -- I have
17   received the alternate proposals with respect to the order.
18         The issue that I wanted to make sure is addressed is
19   the impact of the removal on the proceedings with respect to
20   the order and the injunction, and I want to hear from both
21   counsel on that.
22         Legally, once the matter is removed to federal court,
23   no further action is taken in this case.  I can certainly
24   understand there's value in having the order actually of-record
25   from the prior proceeding of the court, but I did want to hear
```

```
 1   from both counsel on that issue before proceeding.
 2          So Mr. Tilt, let me hear from you first, and then
 3   I'll hear from Mr. Johnson.
 4          MR. TILT:  Thank you, Your Honor, yes.  Normally,
 5   under 28 U.S.C. 1446(d), upon the filing of the notice of
 6   removal, jurisdiction is exclusively vested in the federal
 7   courts.
 8          However, there is an exception that has been
 9   recognized in case law, including in Pebble Creek Homes versus
10   Upstream Images, 547 F. Supp 2d, page 1214.  That's a district
11   of Utah case in 2007, where the court has held that, in
12   circumstances very similar to this, the 1446(d) prohibition to
13   proceed does not intend to cut off the state court from taking
14   ministerial steps that are necessary to document these actions
15   in rulings that it has already taken.
16          The court actually recognized in that Pebble Creek
17   case, at pages 1218 to 1219, that "the entry of an order after
18   --" so there was a hearing held in that case prior to removal,
19   like there was in this case.  There was a ruling from the bench
20   at that hearing prior to removal, just like there was in this
21   case.  Then the removal was filed after the parties had
22   submitted their proposed orders, but before the court had
23   entered it.
24          And at pages 1218 to 1219 of that case, the district
25   court of Utah said, "Because this final, essentially clerical
```

```
 1   task in no way affected the merits of the already-adjudicated
 2   issue disputed by the parties, the court finds that the state
 3   court order does not violate 1446(d).  To hold otherwise would
 4   enable defendants to effectively nullify dispositive rulings
 5   made at state court hearings by rushing to remove the case
 6   before the administrative (inaudible) version of the decision,"
 7   end quote.
 8            I think we're in exactly the same posture that the
 9   court found itself in, in the Pebble Creek case, and in that
10   case the court recognized that simply ministerially reducing
11   the court's already-entered ruling to writing is not a
12   violation of 1446, and it upheld the state court order in that
13   case.
14            THE COURT:  All right, thank you --
15            MR. TILT:  I think that's the same (inaudible) that
16   case.
17            THE COURT:  Mr. Johnson, anything you wish to add?
18            MR. JOHNSON:  Well, that citation sounds on point.
19   That's not one we found.
20            Our understanding, and this is more of a timing
21   issue, there wasn't any effort to game the decisions, here, but
22   our understanding generally is that jurisdiction is divested
23   upon the removal.  I, listening to Mr. Tilt's reading of that
24   case, it sounds fairly on point.
25            The -- they have also filed another motion for
```

```
 1   preliminary injunction in the federal court.  I don't have any
 2   particular heartburn with this court entering the order.  On
 3   the merits of the order we have some disagreements, but
 4   otherwise if that -- if that case law that Mr. Tilt cites is
 5   valid, we would have no problem with it.
 6              THE COURT:  All right.  Then what I'm going to do is
 7   this.  That's consistent with the court's understanding of the
 8   law, as well.
 9              I have received the competing forms and the
10   objections.  I'm simply going to consider the written
11   documentation, including the objections that have been filed,
12   and the court will enter an order.
13              In order to avoid any suggestion of continuing
14   proceedings, in violation of the removal restrictions, I'm
15   simply going to do that without further argument on the
16   objections.  So I'm not going to hear further argument with
17   respect to the objections.  I will consider them, and the court
18   will simply enter an order consistent with the court's intended
19   ruling, and then the matter will proceed consistent with the
20   restrictions on the removal.
21              Is there any objection to that procedure, Mr. Tilt,
22   at this point?
23              MR. TILT:  I think that makes the most sense, Your
24   Honor.
25              THE COURT:  Mr. Johnson?
```

```
 1              MR. JOHNSON:  No objection.
 2              THE COURT:  All right.  Then we will do that, and I
 3    will try and get that done as quickly as possible, and then
 4    we'll address whatever we can, when we can, if that arises in
 5    the future.
 6              So thank you very much for your appearances counsel,
 7    and all may be excused.
 8              MR. JOHNSON:  Thank you.
 9              MR. TILT:  Thank you, judge.
10              THE COURT:  Thank you.
11              (Proceedings concluded.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  STATE OF UTAH           )
                            )
 2  COUNTY OF SALT LAKE     )

 3              I, CECILEE WILSON, Certified Shorthand

 4  Reporter for the State of Utah, certify:

 5              That I received the audio recording in this

 6  matter, that I transcribed it into typewriting, and that a

 7  full, true, and correct transcription of said audio recording

 8  so recorded and transcribed is set forth in the foregoing pages

 9  inclusive, except where it is indicated that the recording was

10  inaudible.

11              I FURTHER CERTIFY that I am neither counsel

12  for nor related to any party to said action nor in anywise

13  interested in the outcome thereof.

14              Certified and dated this 3rd day of April,

15  2025.

16

17              _____
                CECILEE WILSON, CSR, RDR, CRR
18              Certified Shorthand Reporter
                for the State of Utah
19

20

21

22

23

24

25
```

**1**

11 [1] - 3:1
1214 [1] - 4:10
1218 [2] - 4:17, 4:24
1219 [2] - 4:17, 4:24
1446 [1] - 5:12
1446(d [2] - 4:5, 4:12
1446(d) [1] - 5:3

**2**

2007 [1] - 4:11
2025 [1] - 3:1
240908957 [1] - 3:7
28 [1] - 4:5
2d [1] - 4:10

**5**

547 [1] - 4:10

**A**

action [1] - 3:23
actions [1] - 4:14
add [1] - 5:17
address [1] - 7:4
addressed [1] - 3:18
adjudicated [1] - 5:1
administrative [1] - 5:6
affected [1] - 5:1
already-adjudicated [1] - 5:1
already-entered [1] - 5:11
alternate [1] - 3:17
Alum [2] - 3:6, 3:11
appearances [3] - 3:5, 3:7, 7:6
appreciate [1] - 3:5
argument [2] - 6:15, 6:16
arises [1] - 7:4
avoid [1] - 6:13

**B**

Ben [1] - 3:11
bench [1] - 4:19
Bradley [1] - 3:9

**C**

case [16] - 3:6, 3:23, 4:9, 4:11, 4:17, 4:18, 4:19, 4:21, 4:24, 5:5, 5:9, 5:10, 5:13, 5:16, 5:24, 6:4

certainly [1] - 3:23
circumstances [1] - 4:12
citation [1] - 5:18
cites [1] - 6:4
clerical [1] - 4:25
clients [1] - 3:8
competing [1] - 6:9
concluded [1] - 7:11
consider [2] - 6:10, 6:17
consistent [3] - 6:7, 6:18, 6:19
continuing [1] - 6:13
counsel [6] - 3:4, 3:7, 3:13, 3:21, 4:1, 7:6
COURT [8] - 3:4, 3:13, 5:14, 5:17, 6:6, 6:25, 7:2, 7:10
court [17] - 3:22, 3:25, 4:11, 4:13, 4:16, 4:22, 4:25, 5:2, 5:3, 5:5, 5:9, 5:10, 5:12, 6:1, 6:2, 6:12, 6:17
court's [3] - 5:11, 6:7, 6:18
courts [1] - 4:7
Creek [3] - 4:9, 4:16, 5:9
cut [1] - 4:13

**D**

deals [1] - 3:15
decision [1] - 5:6
decisions [1] - 5:21
defendants [1] - 5:4
disagreements [1] - 6:3
dispositive [1] - 5:4
disputed [1] - 5:2
district [2] - 4:10, 4:24
divested [1] - 5:22
document [1] - 4:14
documentation [1] - 6:11
done [1] - 7:3

**E**

effectively [1] - 5:4
effort [1] - 5:21
enable [1] - 5:4
end [1] - 5:7
enter [2] - 6:12, 6:18
entered [2] - 4:23, 5:11
entering [1] - 6:2
entry [1] - 4:17
essentially [1] - 4:25

exactly [1] - 5:8
exception [1] - 4:8
exclusively [1] - 4:6
excused [1] - 7:7

**F**

fairly [1] - 5:24
federal [3] - 3:22, 4:6, 6:1
filed [3] - 4:21, 5:25, 6:11
filing [1] - 4:5
final [1] - 4:25
first [1] - 4:2
forms [1] - 6:9
future [1] - 7:5

**G**

game [1] - 5:21
generally [1] - 5:22

**H**

hear [5] - 3:20, 3:25, 4:2, 4:3, 6:16
hearing [4] - 3:14, 3:16, 4:18, 4:20
hearings [1] - 5:5
heartburn [1] - 6:2
held [2] - 4:11, 4:18
hold [1] - 5:3
Homes [1] - 4:9
Honor [3] - 3:9, 4:4, 6:24

**I**

Images [1] - 4:10
impact [1] - 3:19
inaudible [2] - 5:6, 5:15
including [2] - 4:9, 6:11
injunction [3] - 3:15, 3:20, 6:1
intend [1] - 4:13
intended [1] - 6:18
issue [4] - 3:18, 4:1, 5:2, 5:21
itself [1] - 5:9

**J**

JOHNSON [4] - 3:11, 5:18, 7:1, 7:8
Johnson [4] - 3:11, 4:3, 5:17, 6:25
judge [1] - 7:9

jurisdiction [2] - 4:6, 5:22

**L**

law [3] - 4:9, 6:4, 6:8
legally [1] - 3:22
listening [1] - 5:23

**M**

March [1] - 3:1
matter [2] - 3:22, 6:19
merits [2] - 5:1, 6:3
ministerial [1] - 4:14
ministerially [1] - 5:10
most [1] - 6:23
motion [1] - 5:25
MR [9] - 3:9, 3:11, 4:4, 5:15, 5:18, 6:23, 7:1, 7:8, 7:9
Mulligan [1] - 3:6
Mulligans [1] - 3:10

**N**

necessary [1] - 4:14
normally [1] - 4:4
note [1] - 3:7
notice [1] - 4:5
nullify [1] - 5:4
number [1] - 3:7

**O**

objection [2] - 6:21, 7:1
objections [4] - 6:10, 6:11, 6:16, 6:17
of-record [1] - 3:24
once [1] - 3:22
one [1] - 5:19
order [12] - 3:15, 3:17, 3:20, 3:24, 4:17, 5:3, 5:12, 6:2, 6:3, 6:12, 6:13, 6:18
orders [1] - 4:22
otherwise [2] - 5:3, 6:4

**P**

page [1] - 4:10
pages [2] - 4:17, 4:24
particular [1] - 6:2
parties [2] - 4:21, 5:2
Pebble [3] - 4:9, 4:16, 5:9
point [3] - 5:18, 5:24, 6:22

possible [1] - 7:3
posture [1] - 5:8
preliminary [1] - 6:1
problem [1] - 6:5
procedure [1] - 6:21
proceed [2] - 4:13, 6:19
proceeding [2] - 3:25, 4:1
proceedings [3] - 3:19, 6:14, 7:11
prohibition [1] - 4:12
proposals [1] - 3:17
proposed [2] - 3:15, 4:22

**Q**

quickly [1] - 7:3
quote [1] - 5:7

**R**

reading [1] - 5:23
receipt [1] - 3:14
received [2] - 3:17, 6:9
recognized [3] - 4:9, 4:16, 5:10
record [1] - 3:24
reducing [1] - 5:10
removal [8] - 3:19, 4:6, 4:18, 4:20, 4:21, 5:23, 6:14, 6:20
remove [1] - 5:5
removed [1] - 3:22
request [1] - 3:14
respect [3] - 3:17, 3:19, 6:17
respective [1] - 3:8
restrictions [2] - 6:14, 6:20
Riverside [2] - 3:6, 3:12
Rock [2] - 3:6, 3:11
ruling [3] - 4:19, 5:11, 6:19
rulings [2] - 4:15, 5:4
rushing [1] - 5:5

**S**

sense [1] - 6:23
set [1] - 3:14
similar [1] - 4:12
simply [4] - 5:10, 6:10, 6:15, 6:18
sounds [2] - 5:18, 5:24
state [4] - 4:13, 5:2, 5:5, 5:12

steps [1] - 4:14
subject [1] - 3:16
submit [1] - 3:15
submitted [1] - 4:22
suggestion [1] - 6:13
supp [1] - 4:10

### T

task [1] - 5:1
THE [8] - 3:4, 3:13, 5:14, 5:17, 6:6, 6:25, 7:2, 7:10
TILT [5] - 3:9, 4:4, 5:15, 6:23, 7:9
Tilt [1] - 3:9
tilt [3] - 4:2, 6:4, 6:21
tilt's [1] - 5:23
timing [1] - 5:20
try [1] - 7:3

### U

U.S.C [1] - 4:5
under [1] - 4:5
upheld [1] - 5:12
Upstream [1] - 4:10
Utah [2] - 4:11, 4:25

### V

valid [1] - 6:5
value [1] - 3:24
version [1] - 5:6
versus [2] - 3:6, 4:9
vested [1] - 4:6
violate [1] - 5:3
violation [2] - 5:12, 6:14

### W

wish [1] - 5:17
writing [1] - 5:11
written [1] - 6:10