Benjamin D. Johnson (10275)
KC Hooker (18018)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: ben.johnson@btjd.com;
kchooker@btjd.com
*Attorneys for Defendant Alum Rock Riverside, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| MOLLY J. MULLIGAN; and<br>JOHN P. MULLIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALUM ROCK RIVERSIDE, LLC, a California limited liability company; BRETT H. DEL VALLE and TRACI M. DEL VALLE as Co-Trustees of the Del Valle Family Trust dated October 30, 2002,<br><br>Defendants. | **SECOND STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT ALUM ROCK RIVERSIDE, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 1:25-cv-00008-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Local Rule of Civil Procedure for the District of Utah 7-1(a)(2)(A), Defendant Alum Rock Riverside, LLC ("*Defendant*") and Plaintiffs Molly J. Mulligan and John P. Mulligan ("*Plaintiffs*"), through their respective counsel, hereby stipulate and agree to move the Court for an order extending the time for Defendant to file its reply in support of Defendant's Motion to Dismiss [ECF No. 14] (the "*Motion*") from April 11, 2025 to **April 18, 2025**.

This is the second request to extend the briefing deadlines relating to the Motion. A proposed Order Granting the Second Stipulated Motion to Extend Time for Defendant Alum Rock Riverside, LLC to File Reply in Support of Motion to Dismiss is submitted concurrently herewith for the Court's consideration.

DATED this 10th day of April, 2025.

            BENNETT TUELLER JOHNSON & DEERE

            /s/ KC Hooker
            Benjamin D. Johnson
            KC Hooker
            *Attorneys for Defendant Alum Rock Riverside, LLC*

DATED this 10th day of April, 2025.

            FREEMAN LOVELL, PLLC

            /s/ Bradley L. Tilt*
            Bradley L. Tilt

            Felicia B. Canfield
            CANFIELD LAW LLC

            *Attorneys for Plaintiffs*
            *(\*executed electronically with express permission from*
            *Bradley L. Tilt)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2025, I caused a true and correct copy of the foregoing **SECOND STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT ALUM ROCK RIVERSIDE, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** to be electronically filed with the Court ECF system which served notification upon counsel of record as follows:

Bradley L. Tilt
FREEMAN LOVELL, PLLC
4568 South Highland Drive, Suite 290
Salt Lake City, UT 84117
bradley.tilt@freemanlovell.com

Felicia B. Canfield
CANFIELD LAW LLC
2413 Newton Ave
Cody, WY 82414
canfieldlawllc@gmail.com

                                                           */s/ Angelica Torres*