# EXHIBIT 2
# (Proposed Order)

Bradley L. Tilt (07649)
FREEMAN LOVELL, PLLC
4568 S Highland Drive, Suite 290
Salt Lake City, Utah 84117
office: 385-355-4826
bradley.tilt@freemanlovell.com
*Attorneys for Plaintiffs*

Tax ID No. 20-119-0007

Felicia B. Canfield (09686)
CANFIELD LAW LLC
2413 Newton Avenue
Cody, WY 82414
Office: (307) 228-5986
canfieldlawllc@gmail.com
*Attorneys for Plaintiffs*

# IN THE SECOND DISTRICT COURT IN AND FOR
# WEBER COUNTY, STATE OF UTAH

| | |
|---|---|
| MOLLY J. MULLIGAN; and JOHN P. MULLIGAN,<br><br>Plaintiffs<br><br>v.<br><br>ALUM ROCK RIVERSIDE, LLC, a California limited liability company; Brett H. Del Valle and Traci M. Del Valle as Co-Trustees of the Del Valle Family Trust dated October 30, 2002<br><br>Defendants. | **ORDER AND PRELIMINARY INJUNCTION**<br><br>Case No. 240908957<br><br>Judge Noel S. Hyde |

The request of Plaintiffs Molly J. Mulligan and John P. Mulligan (collectively, "**Plaintiffs**" or "**Mulligans**") for issuance of a preliminary injunction that was included in and part of the Mulligans' *Ex-Parte Motion of Plaintiffs for Issuance of a Temporary Restraining Order and Preliminary Injunction* (the "**Preliminary Injunction Motion**") filed on December 23, 2024 came on for hearing before the above-named Court, the Honorable Judge Noel S. Hyde

presiding, at 10:00 a.m. on January 14, 2025 (the "**Hearing**"). Mulligans were represented at the Hearing by Bradley L. Tilt, of Freeman Lovell, PLLC. Defendant Alum Rock Riverside, LLC ("**Defendant**" or "**Alum Rock**") was represented at the Hearing by Benjamin D. Johnson, of Bennett, Tueller, Johnson & Deere.

The Court having reviewed Mulligans' Preliminary Injunction Motion and the *Declaration of Felicia B. Canfield* in support, and all exhibits thereto, that was filed concurrently with the Preliminary Injunction Motion, having reviewed the *Objection to Order Granting Ex Parte Motion for Issuance of a Temporary Restraining Order and Preliminary Injunction* filed by Alum Rock on December 26, 2024 and the Alum Rock's further *Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* filed on January 10, 2025 and the exhibits thereto (collectively, "**Alum Rock's Oppositions**"), having further heard the testimony provided at the Hearing, and reviewed Exhibit 1 tabs 1 through 15 which all were presented at and admitted into evidence during the Hearing, having reviewed all other applicable pleadings and papers on file herein, and the Court having heard the oral argument of the Mulligans' and of Alum Rock's respective legal counsel of record presented during the Hearing, the Court being duly informed in the premises, and for good cause shown, and the Court having issued its ruling orally from the bench at the conclusion of the Hearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:**

1. Plaintiffs' Preliminary Injunction Motion is granted.

2. Alum Rock, and anyone acting by, with, or through Alum Rock, is **HEREBY ENJOINED** from continuing with, allowing, and/or holding and is **ORDERED TO CANCEL** the Sheriff's Sale scheduled for January 16, 2025 at 12:00 p.m. and/or for January 21, at 12:00 p.m., and/or any other Sheriff's Sale that may presently be scheduled pursuant the *Notice of*

*Judgment* filed on October 23, 2020 in the Third Judicial District Court, Salt Lake County, Civil No. 206927043, which Notice was recorded in the office and general records of the Weber County Recorder on October 23, 2020 as Entry No. 3101770 (the "**Alum Rock Lien**") and/or to the *Writ of Execution* issued on June 22, 2021 in the writ proceeding in that above-referenced Civil No. 206927043 (the "**Writ of Execution**"), on or affecting the real property located in Weber County, Utah, commonly known as 1453 South Basinview Road, Huntsville, UT 84317, more particularly described as follows (the "**Property**"):

> Lot 7, BASINVIEW ESTATES CLUSTER SUBDIVISION 1ST AMENDMENT, according to the official plat thereof on file and of record in the office of the Weber County Recorder.
>
> Together with a right of use for an easement for ingress and egress over and across Basinview Road (a private road), as shown on the official dedicated plat, to and from said Lot to a physically open and legally dedicated public street.
>
> Tax ID No. 20-119-0007

3. Defendant Alum Rock is further **RESTRAINED** from and **ORDERED** to immediately **CEASE** any and all efforts to foreclose on and/or sell the Property pursuant to the Alum Rock Lien or the Writ of Execution pending any further contrary order of this Court.

4. **NO BOND** not any other security shall be required for the issuance of this preliminary injunction.

5. Copies of this **ORDER AND PRELIMINARY INJUNCTION** may be recorded in the office of the Weber County Recorder in the State of Utah.

The GROUNDS for this *Order and Preliminary Injunction* are as follows:

Plaintiffs Molly J. Mulligan and John P. Mulligan (collectively "**Mulligans**" or "**Plaintiffs**") each are individual owners of record of the Property and the home thereon,

pursuant to a *Warranty Deed* that was recorded on May 11, 2021 as Entry No. 3151874 in the official records of the Weber County Recorder's office (the "**Warranty Deed**").

Plaintiffs have demonstrated that based on the material facts and the applicable statutory and case law that they meet each of the four Rule 65A elements necessary to obtain a preliminary injunction as stated hereinabove. Plaintiffs have demonstrated that: (1) there is a substantial likelihood that Plaintiffs will prevail on the merits of their underlying claims; (2) Plaintiffs will suffer irreparable harm by the loss of their Property, which Utah law recognizes to be unique and irreplaceable, unless this Court issues a preliminary injunction as stated hereinabove; (3) the threatened injury to Plaintiffs outweighs whatever damage the preliminary injunction may cause Defendant; and (4) this Court's issuance of the preliminary injunction stated hereinabove benefit the public interest and is not adverse to it.

Defendant did not prove at the hearing any potential loss of value of the Property nor of any damages that Defendant might incur, and/or in what amount, that would necessitate any bond or other security to be posted for this preliminary injunction.

Notwithstanding the foregoing, and without limitation of any kind upon any of the foregoing, the Court further states and clarifies that its oral ruling from the bench during the Hearing, and its above-stated written order, are not any actual and/or final ruling upon any of the merits of any of the parties' underlying claims and/or defenses herein. The Court's oral ruling from the bench at the Hearing, and this above-captioned order, are exclusively and only on and for the preliminary injunction as stated hereinabove, and nothing more.

**\*\*END OF ORDER – entered when indicated by the Court's seal at the top of first page\*\***

## SERVICE CERTIFICATE

I certify that on January 15, 2025, I caused a true and correct copy of the foregoing **ORDER AND PRELIMINARY INJUNCTION** to be served in the manner indicated to the following parties at the addresses listed below:

| | |
|---|---|
| Benjamin D. Johnson<br>KC Hooker<br>BENNETT TUELLER JOHNSON & DEERE<br>3165 East Millrock Drive, Suite 500<br>Salt Lake City, UT 84121<br>ben.johnson@btjd.com<br>kchooker@btjd.com<br>*Attorneys for Alum Rock Riverside, LLC* | _____ Hand Delivery<br>_____ First Class, United States Mail, Postage Prepaid<br>_____ E-filing via GreenFiling<br>_____ E-filing via CM/ECF<br>__X__ Email<br>_____ Other:_____ |
| Felicia B. Canfield<br>Canfield Law LLC<br>2413 Newton Avenue<br>Cody, WY 82414<br>canfieldlawllc@gmail.com<br>*Attorneys for Plaintiffs* | _____ Hand Delivery<br>_____ First Class, United States Mail, Postage Prepaid<br>_____ E-filing via GreenFiling<br>_____ E-filing via CM/ECF<br>__X__ Email<br>_____ Other:_____ |

                                                      /s/ *Bradley L. Tilt*
                                                      Bradley L. Tilt